Douglas J. Campion, Esq. (SBN: 75381)
**LAW OFFICES OF DOUGLAS J. CAMPION**
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
doug@djcampion.com

Telephone: (619) 299-2091
Facsimile: (619) 858-0034

Attorneys for Plaintiff
Patrick Grannan

\*\* E-filed January 19, 2011 \*\*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GRANNAN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLIANT LAW GROUP, P.C., <br><br> Defendant. | CASE NO. CV 10 – 02803 HRL <br><br> **CLASS ACTION** <br><br> ~~[PROPOSED]~~ ORDER RE: EXTENDING MEDIATION DEADLINE BECAUSE OF CASE SETTLEMENT <br><br> MAGISTRATE JUDGE HOWARD R. LLOYD |

FOR GOOD CAUSE SHOWN, the Court enters the following Order:

That the deadline for any mediation required under the ADR Rules be extended until July 31, 2011, or until further Order of the Court.

Dated: January 19, 2011

_____
U.S. Magistrate Judge Howard R. Lloyd

~~[Proposed]~~ Order to Extend Mediation Date      1      CV 10 – 02803 HRL