UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GRANNAN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>     Plaintiffs,<br><br>vs.<br><br>ALLIANT LAW GROUP, P.C.,<br><br>     Defendant. | CASE NO. CV 10 – 02803 HRL<br><u>CLASS ACTION</u><br><br>ORDER EXTENDING CLAIMS, OPT OUT AND OBJECTION DEADLINE FOR A LIMITED GROUP OF CLASS MEMBERS<br><br>MAGISTRATE JUDGE HOWARD R. LLOYD |

FOR GOOD CAUSE SHOWN in the Stipulation to Extend Claims, Opt Outs and Objection Deadlines for a Limited Group of Class Members, filed August 3, 2011, the Court enters the following Order:

The deadline for filing any claims, requests for exclusions or objections to the settlement from any class members whose original notice was returned by the postal service as undeliverable and to whom a new notice is mailed is extended to October 15, 2011, and such responses must be postmarked by that date to be valid.

Dated: September 21, 2011

_____
U.S. Magistrate Judge Howard R. Lloyd

<u>Order to Extend Date</u>                             1                            CV 10 – 02803 HRL

## CERTIFICATE OF SERVICE

The following documents were filed electronically on September 20, 2011. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filings through the Court's system.

1. **ORDER EXTENDING CLAIMS, OPT OUT AND OBJECTION DEADLINE FOR A LIMITED GROUP OF CLASS MEMBERS**

                        LAW OFFICES OF DOUGLAS J. CAMPION

                        By: /s/ Douglas J. Campion
                        Attorney for Plaintiff Patrick Grannan