1   Douglas J. Campion, Esq. (SBN: 75381)
    **LAW OFFICES OF DOUGLAS J. CAMPION**
2   409 Camino Del Rio South, Suite 303
    San Diego, CA 92108
3   doug@djcampion.com

4   Telephone: (619) 299-2091
    Facsimile:  (619) 858-0034

5
    Attorneys for Plaintiff
6   Patrick Grannan

7

8                    **UNITED STATES DISTRICT COURT**

9                **NORTHERN  DISTRICT OF CALIFORNIA**

10

11  **PATRICK GRANNAN, ON BEHALF OF**     )   **CASE NO. CV 10 – 02803 HRL**
    **HIMSELF AND ALL OTHERS**            )
12  **SIMILARLY SITUATED,**               )   **CLASS ACTION**
                                          )
13          Plaintiffs,                   )   **DECLARATION OF DOUGLAS J.**
                                          )   **CAMPION IN SUPPORT OF**
14  vs.                                   )   **REQUEST FOR ATTORNEY'S FEES**
                                          )   **AND COSTS**
15                                        )
    **ALLIANT LAW GROUP, P.C.,**          )
16                                        )   MAGISTRATE JUDGE
            Defendant.                    )   HOWARD R. LLOYD
17                                        )   Hearing Date:   November 1, 2011
                                          )   Time:           10:00 a.m.
18                                        )   Courtroom:      2
                                          )
19                                        )

20          I, Douglas J. Campion, declare:

21      1.      I am the attorney for the Plaintiff in this action, and named as Class Counsel for the

22      Settlement Class in the Court's June 22, 2011 Order preliminarily approving the

23      settlement.  I submit this declaration in support of the Motion for Attorney's Fees and

24      Costs to be heard concurrently with the Final Approval Motion..  I am licensed to

25      practice law before this court and all California state courts and all federal courts

26      located in the State of California.  If called as a witness, I would competently testify to

27      the matters herein from personal knowledge.

28

Declaration of Class Counsel in Support of
Mtn for Fees & Costs                    1                    CV 10 – 02803 HRL

**Fees Incurred**

2.     I am seeking a fee award based upon a percentage of the $1,000,000 common fund recovered for the class. The $1,000,000 was deposited to the settlement bank account established by the Claims Administrator shortly after Preliminary Approval for funding costs of notice and setting up the claims procedures, as required in the Preliminary Approval Order.

3.     Although I am seeking 25% of the common fund under the 9th Circuit's percentage method of computing attorney's fees, I have attached hereto as **Exhibit A** true and correct copies of my time sheets which list by entry for each task the time I have incurred in litigating this case to date, and I anticipate incurring an additional 20 to 30 hours to finish the work necessary on this case, including overseeing the claims administration, following up on the Gilardi Declaration, and preparing for and appearing at the final approval hearing.  The total of attorney time I have incurred to date according to those records is 234.10 hours.  I have billed my time in this case at $625 per hour, which is my current billing rate and has been my hourly rate since prior to the filing of this case.    Thus, I have a lodestar of $151,942.50, i.e., 234.10 hours times $625. I understand the Court may desire to use that lodestar in its analysis of determining a fair and reasonable fee.     By my computations, I believe the fee requested results in a multiplier of 1.64.    Those hours incurred were all necessary to the successful litigation of this case.  In addition, my hourly rate is reasonable in the legal community among attorneys litigating class actions and is actually less than many of my co-counsel with similar backgrounds and experience. I have attached a true and correct copy of the National Law Journal article dated December 10, 2007 as **Exhibit B** setting forth the results of their annual law firm billing survey.  It indicates that partners in California firms, or California offices of national law firms, with my experience, have billing rates in excess of the $625 hourly rate that I have billed here.  For example, Fenwick & West, a Mountain View firm, in 2007 billed its partners at a

median rate of $600 per hour, with a low of $500 and a high of $775. Furthermore, I have attached as **Exhibit C** a true and correct copy of a declaration I have requested to be prepared by a local San Jose attorney James L. Dawson, of Gates Eisenhart Dawson, in which he states it is his opinion that such a billing rate is in the range of reasonable rates for such class action attorneys in the local San Jose legal community. Thus, my hourly rate is within the range of other counsel doing this same type of legal work.

**Costs Incurred**

4.    I have incurred certain costs in the litigation of this case, including filing fees, service fees, overnight mail delivery fees, travel expenses including airfare and a car rental fee. I will submit an additional bill for a car rental cost that I expect to incur for the Final Approval hearing on November 1, 2011. Those costs that I have incurred for my office expenses total $1,216.39 and are broken down on **Exhibit D** attached hereto. These costs are from my office's records kept in the normal course of events as the costs are incurred. If the Court desires, I can provide proof of those costs incurred.

5.    An additional cost incurred by my office is for the Hansen Levey Forensics firm, specifically Jeff Hansen of that firm, which I engaged as consultants to analyze the electronic data provided by Defendant in discovery. Mr. Hansen's resume is attached hereto as **Exhibit E**. These TCPA cases involve the production of electronic data that contain the Defendant's outbound dial lists, and outbound dial campaigns, in which all outbound numbers called by the Defendant are provided on DVDs or CDs. In this case there were over a million separate calls analyzed that were made by Defendant, from which the 137,981 separate cell phone numbers were extracted after comparison with known cell block identifiers. In addition, Defendant's records reflected a number of cell phones that did not have the addresses or names of persons associated with them, about 20%, so Mr. Hansen was required to work with the Defendant' information technology person over several months after a settlement in principle was

reached.  The Hansen Levey Forensics invoice reflects a charge of $14,316.50, which I believe is very reasonable for this type of work.  A true and correct copy of that invoice is attached hereto as **Exhibit F**.  I seek the Court's approval of the payment of all costs incurred from the Settlement Fund.   All of those costs were reasonable and necessary for this litigation.

6.   Since the filing of the Complaint, Defendant has terminated its business of engaging in collections and making collection calls.  As a result, the Parties settled on the payment of policy limits to settle the case.  No amount of the policy will be returned to the Defendant, as this is a non-reversionary settlement.  The amount to be provided on a pro rata basis to each of the 137,981 class members, after deducting the costs of litigation including attorney's fees.  The amount paid to each claimant of course depends on the amount of claims submitted, as the amount remaining after costs of notice and administration, attorneys' fees and costs of litigation will be divided equally among those who make valid claims.  It appears that the amount paid to each claimant will be approximately $334.96, based upon the present numbers.

7.   In addition, the Parties agreed upon a Stipulated Injunction to ensure that even if Defendant went back into the collection business, it would compare the phone numbers it calls to lists of known cell phone numbers to make certain such cell phone numbers are not called, without prior express consent.

8.   Gilardi & co., LLC ("Gilardi") is the independent third party claims administrator that provided the Notice to the Class, published Notice in the USA Today, a national publication, disseminated a press release about the settlement, set up the settlement website at www.allianttcpalawsuit.com, established an 800 number and an online procedure for filing claims, and has handled all the submission of claims and any questions about the process on behalf of the Settlement Class.   Gilardi is the independent third party third Claims Administrator approved by the Court in the Preliminary Approval Order.  They have incurred costs for their services rendered in

this case as well. They originally provided a proposal that estimated a cost of $127,047 for a claims response rate of 1% to $147,414 for a claims response rate of 10%. See a true and correct copy of that March 14, 2011 proposal attached hereto as **Exhibit G**. However, the final bill that I recently requested includes their charges for services through the end of the case, including all other work that is necessary to finish the case, including payment of all claims, and that bill is $121,840.25. That amount is less than the minimum amount quoted in the original proposal by over $5,000. A true and correct copy of that invoice is attached hereto as **Exhibit H**. I seek the Court's approval for the payment of Gilardi for their services in that amount.

**Adequacy of Settlement**

9.   We have achieved an excellent result for the Class in this statutory damages case. I was able to obtain an "all in", non-reversionary settlement of $1,000,000, the entire insurance proceeds available for the Defendant. Since the filing of the Complaint, Defendant has terminated its business of engaging in collections and making collection calls. As a result, the Parties settled on the payment of policy limits to settle the case. In addition, a Stipulated Injunction has been entered into that will further protect citizens from such calls, should Defendant decide to get back into this business within the next 12 months. That would require that Defendant compare the phone numbers it calls to lists of known cell phone numbers to make certain such cell phone numbers are not called, without prior express consent.

10.   No Class member has lost any money as a result of the Defendant's actions, other than their carrier's billing them for the cost of Defendant's cell phone call(s). Therefore, the deterrent effect of statutory damages has been met, and the proceeds will be divided among the persons called. In other words, the Class members are not getting a percentage of money they have lost; they are receiving money as statutory damages for cell phone calls made to them. Therefore, obtaining a $1,000,000 settlement for the 137,981 potential claimants to divide is an exemplary settlement,

especially when that is the entire policy available and that Defendant is no longer in business.  I set up a very simple claims process that only required a call to an 800 telephone number or an online submission of a claim, confirming that the claimant was the person in the class, by name of telephone number. No declaration under penalty of perjury was required, no mailing of a cumbersome, or any, claim form was required. A pro rata award will be made based upon the number of claims. The notice of settlement resulted in 1,814 claims submitted so far.  Based upon the requested amounts incurred for litigation costs and attorney's fees, and the incentive payment requested, those costs total $392,373.14, leaving a Claims Fund of $607,626.86.  That would result in each of the present claimants receiving $334.96. As a result, in my opinion, based upon my thirty-four years of experience in civil litigation and twenty–two years of experience in litigating class actions, and based upon the facts of this case, the number of class members, and the other circumstances, I believe this settlement is fair and reasonable. In my opinion, the settlement merits Court approval and also justifies my request for 25% of the common fund as my fee.  Additionally, I believe such a result justifies the multiplier of the lodestar requested here, if the Court is inclined to use the lodestar analysis in determining or cross-checking the fee.

**Class Counsel's Experience**

11.     The Law Offices of Douglas J. Campion has been confirmed as class counsel for purposes of this action and proceeding with the settlement.   I am the only principal and only attorney in my law firm.  I was admitted to the State Bar of California in 1977 and have been a member in good standing since that time.  Since my admission, I have been engaged in litigation and I have had extensive experience in business litigation prior to working in the class action field.  In 1989, I joined the San Diego office of a Philadelphia law firm, Barrack, Rodos & Bacine.  Our office engaged in class and derivative litigation exclusively, primarily specializing in plaintiff's class action securities cases.  I resigned from the firm in 1996. Barrack,

Rodos & Bacine was often co-counsel with Milberg Weiss Bershad Hynes & Lerach in class actions and litigated the same types of cases.

12.     I feel my experience both in other firms and with my own firm for the past ten years supports my request for attorney's fees. A few examples of the cases our firm litigated, separately or with co-counsel, and in which I actively participated, are as follows:

a.  The Michael Milken – Drexel securities litigation, with a joint   recovery for all plaintiffs of more than a billion dollars;

b.  The savings and loan securities and derivative litigation of the early 1990's, in which I represented or litigated against California Federal, Far West Financial, Financial Corporation of Santa Barbara, Imperial Savings, and others;

c.  Defense contractor over-billing cases, including Lockheed, General Dynamics, and Rockwell International;.

d.   A number of health care provider cases including National Health Laboratories, National Medical Enterprises, ICN Pharmaceuticals, and Pfizer;

e.   Cases against insurance companies including Blue Cross of California, and First Executive Life and its progeny; and

f.   Many other class and derivative actions including L.A. Gear, Countrywide Trucking, and Glen Ivy timeshares, among others.

13.     I have also been lead or co-lead counsel in many other class actions or Business & Professions Code representative actions since I opened my own office about five years ago. Most of those are consumer-related cases. I recently participated as co-lead counsel in the TCPA case of Arthur v. SLM Corp., Case No. 10-cv-00198 JLR, Western District of Washington, in which we settled on behalf of more than 7 million class members for over $24 million and injunctive and other relief.  Some other class or 17200 representative actions in which I was lead or co-lead counsel since I opened my own office in 2001 are the following:

a.  Gonzalez, et. al., v. Science Applications International Corporation, et. al. (state court);

b.  Warner, et al. v. Computer Education Institute, et al. (state court),

c.  Smith v. Microskills (state court);

d.  Russell, et al., v. DAT, Inc. dba Laptop Training Solutions (state court);

e.  Jared Smith vs. Independent Capital Management, Inc., et al. (state court);

f.  Orttman and Opyrchal, et al., v. New York Life (federal court);

g.  Bowersox v. Laboratory Corporation of America (state court);

h.  O'Neal v. NCO Financial Systems, Inc. (federal court);

i.  McDonald v. Bonded Collectors, Inc. (federal court);

j.  In Re Brocade Derivative Litigation (state court);

k.  Kryptonite Locks Coordinated Litigation (state court);

l.  Shaw v. Tenet Healthcare Corporation, et al. (federal court);

m.  Rodriquez v. Yum Yum Donut Shops, Inc. (state court);

n.  Arnn, et al., v. West Coast Aquarium Industries, Inc. (state court);

o.  Grant v. American Agencies, Inc. (federal court);

p.  Rogers v. Whitney Education Group (state court);

q.  Khosorabi v. North Shore Agency, Inc. (federal court);

r.  Goins v. Checks Cashed for Less, Inc., et al. (state court);

s.  Fanciullo v. CompuCredit dba Aspire VISA (federal court);

t.  Kight v. Eskanos & Adler, P.C. (federal court);

u.  Gulzynski v. Fidelity Title (federal court);

v.  Kight v. CashCall (state court);

w.  Grannan v. Direct Electronics, Inc. (state court);

x.  Bellows v. NCO Financial, Inc. (federal court);

y.  Adams v. AllianceOne, Inc. (federal court);

z.  American Apparel, Inc. Derivative Litigation (federal court);

1      aa. Arthur v. Sallie Mae (federal court);

2      bb. Connor v. JP Morgan Chase, et. al. (federal court);

3      cc. Meeks v. CreditWest, et. al. (state court);

4      dd. Shirdel v. Access Group, Inc (federal court);

5      ee. Malta v. Wells Fargo (federal court);

6      ff. Robinson v. Midland Funding, LLC (federal court);

7      gg. Bennett v. Discover Bank (federal court);

8      hh. Dominici v. Wells Fargo (federal court);

9      ii. Hurtado v. Progressive Financial Services (federal court);

10      jj. Galbraith v. Resurgent (federal court);

11      kk. Nicosia v. First Financial Security, Inc. (state court);

12      ll. Underwood v. San Diego Flight Training, Inc. (state court);

13      mm.   In Re Jiffy Lube Multi-District Litigation (federal court);

14      nn.   Robinson v. Midland Funding, LLC, et al. (federal court).

15      **Risk of Non-Payment and Delay in Payment**

16      14.   Whenever I file a class action case, I face a very real risk of non-payment for a number

17      of reasons.  First, I only recover a fee in a case in which I am successful in litigating

18      the claims.  Second, even if I am successful, I face a risk that the defendant will

19      disappear or file for bankruptcy.  That has happened to me personally three time in

20      the past ten years, costing me more than $600,000 in fees that I would have otherwise

21      been paid.  And even when I don't get paid, I am still responsible for paying all of the

22      costs I have incurred in any such action.   Here the law firm ceased doing business,

23      but fortunately they has malpractice insurance which I was able to secure to fund the

24      settlement here.  Furthermore, because these TCPA cases are not fee shifting cases, I

25      rely upon and expect to be paid an enhancement of my hourly rate when I litigate

26      such a case.

27      15.   I have not been paid anything since this litigation began in June, 2010, approximately

28

sixteen months prior to the Final Approval hearing and this fees motion. Such delay results in paying overhead, lines of credit incurring interest charges and other expenses.

### Complexity of the Issues and Novelty of the Issues

16. I have been at the forefront of TCPA litigation for the past five years. Very few attorneys litigate in this area of the law. There is very little case law, especially in the 9th Circuit. That often leads to the inability of both sides to even recognize potential issues, and to agree on where those issues might lead. For example, because the TCPA statute permits a federal action only if the state permits it, there are some states that do not permit such cases, and some that have different statutes of limitations. In other cases, the effect of the legal issue of prior express consent is not agreed upon, both in its application and procedurally the manner in which that affirmative defense is raised. Thus, counsel must be cognizant of evolving law across the country, in different state and federal courts, just to keep up with these issues.

### Reaction of the Class to the Fees and Costs Request

17. To date, there have been no objections to the fees and costs request of counsel.

### Inability to Take on Other Cases

18. I am essentially a sole practitioner. I can only litigate a limited number of cases as a result, especially a limited number of class actions that require much more work and financial commitment than do other non-class cases. By taking on this case, I was prevented from taking on other work, perhaps more financially rewarding work. Therefore, I seek the percentage of the common fund or alternatively, a multiplier of the lodestar to provide the same dollar amount of fees as a result.

### Disclosure of This Request for Fees and Costs to Class Members

19. The pending request for attorney's fees and for all costs of litigation, including the information technology costs and the costs of notice and claims administration, was disclosed to the class members and the public with the notices and on the settlement

website.   The postcard notice states: "[t]he attorneys are seeking to be paid from the Common Fund attorney fees not to exceed $250,000 and litigation expenses of no more than $30,000 and the expenses of notice and claims administration in an amount not to exceed $150,000".   The full notice on the settlement website www.allianttcpalawsuit.com also lists all such fees and costs to be sought in this motion as well: "Class Counsel intends to request at the Final Approval hearing that the Court award up to 25% of the Common Fund as attorneys' fees ($250,000), and also be reimbursed for costs of litigation, all to be paid from the $1,000,000 Common Fund. . . . Class Counsel intends to ask for an award of costs of litigation and other related costs incurred in litigation in this matter, including expert witness fees, travel costs, issuing press releases, service fees, and other costs. Class Counsel believes that all such costs will be less than $30,000. . . .Class Counsel will also seek Court approval of the costs of giving Notice and providing claims administration in this case, estimated to be up to the amount of $150,000, depending on the number of claims and other factors."   The website home page also carries a notice which contains the anticipated fees and costs request: "The settlement also calls for payment of certain costs from that Settlement Fund:   the costs of notice and claims administration (estimated to be up to approximately $150,000, a $5,000 incentive payment paid to the Class Representative, subject to Court Approval, litigation expenses and costs of approximately $30,000, and attorneys' fees of up to $250,000, subject to Court approval."   Thus, all class members have been advised of the pending request for months and no one has objected to either the fees or the costs requested.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2011 at San Diego, California, pursuant to the laws of the United States.

/s/ Douglas J. Campion

Douglas J. Campion

# EXHIBIT A

**Fees and Expenses by Matter**
Period: 01/01/1990-09/26/2011

Douglas J. Campion
Law Offices of Douglas J. Campion
409 Camino Del Rio South, Suite 303
San Diego, CA 92108

Page 1
09/26/11

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|

Matter 312-1

Pat Grannan - Alliant Law Group
Alliant Law Group

| Date / Status | TK | Description | Amount |
|---|---|---|---|
| 06/15/10 Hold | DC | Fee: 5.20 hours @ $625.00/hour<br>Call from / to client; research on Alliant Law Group; pull other cases; Pacer search; draft complaint; register for efiling in Northern District; Read Local Rules for Northern District. | 3,250.00 HOLD |
| 06/22/10 Hold | DC | Fee: 2.70 hours @ $625.00/hour<br>Finish complaint; finalize other docs, letter to court; mail to court. | 1,687.50 HOLD |
| 06/28/10 Hold | DC | Fee: 0.60 hours @ $625.00/hour<br>Receive and review emails (4) from court re: electronic filing, standing orders, electronic service, etc.  Print and electronically save all. | 375.00 HOLD |
| 06/29/10 Hold | DC | Fee: 0.80 hours @ $625.00/hour<br>Call from client; review NCAL procedures. | 500.00 HOLD |
| 07/01/10 Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Receive package from court; scan and copy documents for service. | 312.50 HOLD |
| 07/02/10 Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Call to Kaminski about his firm's possible representation of defendant; scan and email docs to Kaminski. | 187.50 HOLD |
| 07/02/10 Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Send docs to Knox Atty service with cover letter. | 187.50 HOLD |
| 07/06/10 Hold | DC | Fee: 0.80 hours @ $625.00/hour<br>Email from Alliant Law Group; call to Gregory Miller; call to client; call to Kaminski about his firm's possible representation; email to Miller. | 500.00 HOLD |
| 07/07/10 Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Emails to and from Miller, atty for Alliant, email to Knox Atty Service, call from client. | 250.00 HOLD |
| 07/19/10 Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Review and research filing procedures and same for courtesy copies; prepare and mail return of summons. | 312.50 HOLD |

**Fees and Expenses by Matter**
Period: 01/01/1990-09/26/2011

Page 2
09/26/11

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|
| 07/20/10 Hold | DC | Fee: 0.40 hours @ $625.00/hour Calls from / to Bruce MacLeod, atty for Alliant Law Group. | 250.00 HOLD |
| 07/20/10 Hold | DC | Fee: 0.10 hours @ $625.00/hour Email to Kaminski about possiblity his firm might be repreesnting defendant. | 62.50 HOLD |
| 07/23/10 Hold | DC | Fee: 0.30 hours @ $625.00/hour Review court website; review local rules. | 187.50 HOLD |
| 07/23/10 Hold | DC | Fee: 0.20 hours @ $625.00/hour Email to MacLeod. | 125.00 HOLD |
| 07/23/10 Hold | DC | Fee: 0.20 hours @ $625.00/hour Emails from and to MacLeod. | 125.00 HOLD |
| 08/03/10 Hold | DC | Fee: 0.80 hours @ $625.00/hour Research local rules re: duties re: initial CMC and prior filings, meet and confer. | 500.00 HOLD |
| 08/03/10 Hold | DC | Fee: 0.30 hours @ $625.00/hour Email to opposing counsel MacLeod re: meet and confer. | 187.50 HOLD |
| 08/05/10 Hold | DC | Fee: 0.40 hours @ $625.00/hour Emails to and from MacLeod; Call to MacLeod. | 250.00 HOLD |
| 08/10/10 Hold | DC | Fee: 2.70 hours @ $625.00/hour Research; review file; make outline for disclosures; prepare for meet and confer; review local court rules. | 1,687.50 HOLD |
| 08/11/10 Hold | DC | Fee: 0.10 hours @ $625.00/hour Call from MacLeod's secretary. | 62.50 HOLD |
| 08/16/10 Hold | DC | Fee: 1.20 hours @ $625.00/hour Email to MacLeod, from same; efile docs re: ADR; mail overnight courtesy copies to court - chamber's copies. Email from and call to client. | 750.00 HOLD |
| 08/28/10 Hold | DC | Fee: 3.40 hours @ $625.00/hour Review file; research; prepare Rule 26f Statement; draft Initial Case Management Statement; email to opposing counsel. | 2,125.00 HOLD |
| 08/30/10 Hold | DC | Fee: 0.30 hours @ $625.00/hour Receive and review email from oposing counsel with changes to | 187.50 HOLD |

**Fees and Expenses by Matter**
Period: 01/01/1990-09/26/2011

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|
| | | Joint filing. | |
| 08/31/10 Hold | DC | Fee: 2.80 hours @ $625.00/hour Finalize Joint Case Mgmt Statement for filing; call and emails to and from MacLeod; review file again, efile and prepare overnight express letter and courtesy copies. | 1,750.00 HOLD |
| 09/02/10 Hold | DC | Fee: 0.30 hours @ $625.00/hour Review court order re: CMC; call to clerk about Rule 26f statement; call to MacLeod about same. | 187.50 HOLD |
| 09/02/10 Hold | DC | Fee: 0.60 hours @ $625.00/hour Prepare for and call from court re: ADR procedures; telephonic conference with opposing counsel and ADR person Robin Feitkin. | 375.00 HOLD |
| 09/02/10 Hold | DC | Fee: 0.50 hours @ $625.00/hour Review file; prepare and serve Initial Disclosures. | 312.50 HOLD |
| 09/07/10 Hold | DC | Fee: 5.00 hours @ $625.00/hour Travel to and attend Initial Case Management Conference in San Jose at Court.  Counted travel time as half hourly rate. | 3,125.00 HOLD |
| 09/13/10 Hold | DC | Fee: 0.50 hours @ $625.00/hour Prepare and email proposed confidentiality order. | 312.50 HOLD |
| 09/15/10 Hold | DC | Fee: 0.70 hours @ $625.00/hour Work on discovery to be sent out. | 437.50 HOLD |
| 09/16/10 Hold | DC | Fee: 2.60 hours @ $625.00/hour Draft discovery - interrogs and doc requests; review file; review complaint, etc. Serve Defendant. | 1,625.00 HOLD |
| 10/11/10 Hold | DC | Fee: 0.20 hours @ $625.00/hour Email to MacLeod re: protective order. | 125.00 HOLD |
| 10/11/10 Hold | DC | Fee: 0.20 hours @ $625.00/hour Received and reviewed letter from proposed mediator. | 125.00 HOLD |
| 10/12/10 Hold | DC | Fee: 0.10 hours @ $625.00/hour Email to MacLeod. | 62.50 HOLD |
| 10/14/10 Hold | DC | Fee: 0.30 hours @ $625.00/hour Email from MacLeod with changes to protective order, review. | 187.50 HOLD |

**Fees and Expenses by Matter**
Period: 01/01/1990-09/26/2011

Page 4
09/26/11

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|
| 10/15/10 Hold | DC | Fee: 2.20 hours @ $625.00/hour<br>Emails from defense counsel; put defense counsel's changes in protective order; call to same re: extension and production. | 1,375.00 HOLD |
| 10/18/10 Hold | DC | Fee: 0.90 hours @ $625.00/hour<br>Meet with Jeff Hansen re: exportable issues; email to MacLeod about database issues.. | 562.50 HOLD |
| 10/20/10 Hold | DC | Fee: 0.80 hours @ $625.00/hour<br>Prepare for ADR phone call by reading ADR Local Rule 6; review case file, etc. | 500.00 HOLD |
| 10/20/10 Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>ADR phone conference with mediator. | 312.50 HOLD |
| 10/27/10 Hold | DC | Fee: 2.20 hours @ $625.00/hour<br>Work on finalizing protective order; turn into a stip and order; review local rules on filing procedures for stip and order; review discovery responses from defendant; email protective order to defense counsel; call to defense counsel, left mssg. | 1,375.00 HOLD |
| 10/28/10 Hold | DC | Fee: 1.30 hours @ $625.00/hour<br>Review documents produced; emails to and from MacLeod re: inadvertent production; substitute blank pages for same. | 812.50 HOLD |
| 10/28/10 Hold | DC | Fee: 0.60 hours @ $625.00/hour<br>Finalize Stip and Order; efile same; send copy to Chambers by overnight mail. | 375.00 HOLD |
| 11/01/10 Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Verification received for responses. | 125.00 HOLD |
| 11/01/10 Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Email to MacCleod re: timing of production; response from same; my response to him. | 250.00 HOLD |
| 11/03/10 Hold | DC | Fee: 1.00 hours @ $6,255.00/hour<br>Review all discovery; emails to and from opposing counsel re: discovery and scheduling depositions. | 6,255.00 HOLD |
| 11/03/10 Hold | DC | Fee: 1.30 hours @ $625.00/hour<br>Letter to client; review discovery and summarize in letter; misc preparation. | 812.50 HOLD |

**Fees and Expenses by Matter**
Period: 01/01/1990-09/26/2011

Page 5
09/26/11

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|
| 11/03/10 Hold | DC | Fee: 1.60 hours @ $625.00/hour Review interrogs and docs produced (further review). | 1,000.00 HOLD |
| 11/04/10 Hold | DC | Fee: 0.30 hours @ $625.00/hour Emails from and to MacLeod. | 187.50 HOLD |
| 11/04/10 Hold | DC | Fee: 0.10 hours @ $625.00/hour Check with court website re: status of protective order. | 62.50 HOLD |
| 11/04/10 Hold | DC | Fee: 0.20 hours @ $625.00/hour Emails to and from MacLeod. | 125.00 HOLD |
| 11/09/10 Hold | DC | Fee: 0.40 hours @ $625.00/hour Emails from MacLeod; emails in response to same; review discovery responses to respond. | 250.00 HOLD |
| 11/10/10 Hold | DC | Fee: 1.10 hours @ $625.00/hour Review discovery ; try to set up depos; email to MacLeod re: same, and about cd. | 687.50 HOLD |
| 11/16/10 Hold | DC | Fee: 0.20 hours @ $625.00/hour Call to Bruce MacLeod re: disc and depos. | 125.00 HOLD |
| 11/19/10 Hold | DC | Fee: 0.20 hours @ $625.00/hour Call from client re: status. | 125.00 HOLD |
| 11/19/10 Hold | DC | Fee: 0.80 hours @ $625.00/hour Receive disc; call to consultant; work with him on determining what is on disc with phone numbers; arrange meeting. | 500.00 HOLD |
| 11/21/10 Hold | DC | Fee: 0.50 hours @ $625.00/hour Call from Jeff Hansen re: results of week-end of work. | 312.50 HOLD |
| 11/22/10 Hold | DC | Fee: 0.50 hours @ $625.00/hour Meet with Jeff Hansen re: disc information and results. | 312.50 HOLD |
| 11/22/10 Hold | DC | Fee: 1.80 hours @ $625.00/hour Prepare demand letter to defense counsel. | 1,125.00 HOLD |
| 11/22/10 Hold | DC | Fee: 0.20 hours @ $625.00/hour Emails from and to defense counsel's secretary re: depos. | 125.00 HOLD |
| 11/22/10 Hold | DC | Fee: 0.30 hours @ $625.00/hour Review discovery responses in light of results obtained from disc | 187.50 HOLD |

**Fees and Expenses by Matter**
Period: 01/01/1990-09/26/2011

Page 6
09/26/11

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|
| | | review. | |
| 11/22/10 Hold | DC | Fee: 0.70 hours @ $625.00/hour<br>Analysis of options now knowing amount of calls made. | 437.50 HOLD |
| 11/23/10 Hold | DC | Fee: 0.90 hours @ $625.00/hour<br>Call from MacLeod; revise demand letter; send to MacLeod by email and overnight mail. | 562.50 HOLD |
| 12/01/10 Hold | DC | Fee: 2.80 hours @ $625.00/hour<br>Call from / to Sheila Smith at MacLeod's office; review depo schedules; determine depos and schedlue; prepare discovery enmail and serve by overnight mail for all depositions. | 1,750.00 HOLD |
| 12/02/10 Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Emails from and to Sheila Smith re: changes in scheduling for depos. | 187.50 HOLD |
| 12/03/10 Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Emails to and from opposing counsel re: settlement demand and acceptance. | 187.50 HOLD |
| 12/03/10 Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Email to MacLeod re: any word on demand? | 125.00 HOLD |
| 12/03/10 Hold | DC | Fee: 0.80 hours @ $625.00/hour<br>Pull together materials for mediation brief; email to opposing counsel' s assistant re: depos. | 500.00 HOLD |
| 12/06/10 Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Letter received from MacLeod re: acceptance of settlement demand. | 125.00 HOLD |
| 12/06/10 Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Emails to mediator and to MacLeod's office. | 250.00 HOLD |
| 12/07/10 Hold | DC | Fee: 4.70 hours @ $625.00/hour<br>Work on settlement agreement; call to Burke; email to opposing counsel and to Burke. | 2,937.50 HOLD |
| 12/08/10 Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Emails from and to MacLeod re: addresses. | 187.50 HOLD |

**Fees and Expenses by Matter**
Period: 01/01/1990-09/26/2011

Page 8
09/26/11

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|
| 01/26/11 Hold | DC | Fee: 0.50 hours @ $625.00/hour Email from MacLeod re IT persons; talk to Jeff Hansen; email to Hansen. | 312.50 HOLD |
| 01/27/11 Hold | DC | Fee: 0.20 hours @ $625.00/hour Call from and to client, left message. | 125.00 HOLD |
| 01/27/11 Hold | DC | Fee: 1.40 hours @ $625.00/hour Meeting with Jeff Hansen; go over new disc and numbers; discuss alternatives. | 875.00 HOLD |
| 01/27/11 Hold | DC | Fee: 3.20 hours @ $625.00/hour Revise settlement agreement; review opposing counsel's changes; make additional changes; email to opposing counsel. | 2,000.00 HOLD |
| 02/02/11 Hold | DC | Fee: 0.30 hours @ $625.00/hour Email from Jeff Hansen; call to Jeff Hansen re: status of getting further info from ALG's IT person in India. | 187.50 HOLD |
| 02/21/11 Hold | DC | Fee: 0.20 hours @ $625.00/hour Call from / to client re: status. | 125.00 HOLD |
| 02/22/11 Hold | DC | Fee: 0.50 hours @ $625.00/hour Call to Jeff Hansen; email from MacLeod; emails to same. | 312.50 HOLD |
| 02/25/11 Hold | DC | Fee: 0.70 hours @ $625.00/hour Review files; status; call to Jeff Hansen; Call to Bruce MacLeod. | 437.50 HOLD |
| 03/02/11 Hold | DC | Fee: 0.20 hours @ $625.00/hour Discussion with Jeff Hansen. | 125.00 HOLD |
| 03/04/11 Hold | DC | Fee: 0.20 hours @ $625.00/hour Call from Jeff Hansen re: received the data. | 125.00 HOLD |
| 03/08/11 Hold | DC | Fee: 0.40 hours @ $625.00/hour Call to Jeff Hansen re: data received. | 250.00 HOLD |
| 03/10/11 Hold | DC | Fee: 0.50 hours @ $625.00/hour Call from/to Jeff Hansen re: data in database sent to us; "final" list. | 312.50 HOLD |
| 03/11/11 Hold | DC | Fee: 2.20 hours @ $625.00/hour Work on Settlement Agreement; email to opposing counsel. | 1,375.00 HOLD |

**Fees and Expenses by Matter**
Period: 01/01/1990-09/26/2011

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|
| 03/11/11 Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Try to open and review the database sent to me by Jeff Hansen; problems; email to Jeff; email the database to opposing counsel | 250.00 HOLD |
| 03/11/11 Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Emails from and to Jeff Hansen re: data. | 125.00 HOLD |
| 03/14/11 Hold | DC | Fee: 0.10 hours @ $625.00/hour<br>Email to MacLeod with link for opening document. | 62.50 HOLD |
| 03/14/11 Hold | DC | Fee: 0.80 hours @ $625.00/hour<br>Review opposing counsel's proposed changes; call to him about them; negotiate changes; modify the Agreement; forward the latest version. | 500.00 HOLD |
| 03/14/11 Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Call to Alan Vasquez at Gilardi re: costs and expenses. | 125.00 HOLD |
| 03/22/11 Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Call from Bruce MacLeod. | 125.00 HOLD |
| 03/22/11 Hold | DC | Fee: 2.20 hours @ $625.00/hour<br>Draft short form notice. | 1,375.00 HOLD |
| 03/22/11 Hold | DC | Fee: 6.80 hours @ $625.00/hour<br>Work up, draft and revise settlement documents, including exhibits, notices, etc. | 4,250.00 HOLD |
| 03/23/11 Hold | DC | Fee: 3.60 hours @ $625.00/hour<br>Prepare and revise full Notice; correct short form notice; forward to other side. | 2,250.00 HOLD |
| 03/25/11 Hold | DC | Fee: 3.20 hours @ $625.00/hour<br>Work on prelim and final approval orders; review and revise prior orders; email to counsel; email to Gilardi & Co. re: notice and publication, settlement agreement terms, etc. | 2,000.00 HOLD |
| 03/28/11 Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Reviewed appraisal from Gilardi; reviewed notice; called Alan V at Gilardi, left mssg. | 250.00 HOLD |
| 03/30/11 Hold | DC | Fee: 0.10 hours @ $625.00/hour<br>Call to Alan Vasquez; left mssg. | 62.50 HOLD |

**Fees and Expenses by Matter**
Period: 01/01/1990-09/26/2011

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| 04/06/11<br>Hold | DC | Fee: 1.60 hours @ $625.00/hour<br>Work on Revisions to Settlement Agreement; email to opposing counsel. | 1,000.00<br>HOLD |
| 04/06/11<br>Hold | DC | Fee: 2.80 hours @ $625.00/hour<br>Work on preparing Prelim App brief. | 1,750.00<br>HOLD |
| 04/06/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Revision to Settlement Agreement; emailed. | 125.00<br>HOLD |
| 04/07/11<br>Hold | DC | Fee: 1.80 hours @ $625.00/hour<br>Work on mtn for prelim app; call and email to Alan Vasquez. | 1,125.00<br>HOLD |
| 04/11/11<br>Hold | DC | Fee: 0.60 hours @ $625.00/hour<br>Work on Prelim App brief; send to opposing counsel. | 375.00<br>HOLD |
| 04/11/11<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Call to Vasquez re: notice. | 187.50<br>HOLD |
| 04/12/11<br>Hold | DC | Fee: 1.80 hours @ $625.00/hour<br>Work on putting together final settlement agreement and exhibits to forward to opposing counsel. | 1,125.00<br>HOLD |
| 04/19/11<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Review and then email all settlement docs to opposing counsel. | 250.00<br>HOLD |
| 04/20/11<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Emails from and to opposing counsel; resend some docs. | 187.50<br>HOLD |
| 04/21/11<br>Hold | DC | Fee: 1.20 hours @ $625.00/hour<br>Prepare declaration for client; prepare my declaration in support of prelim app and to be appointed class counsel. | 750.00<br>HOLD |
| 04/26/11<br>Hold | DC | Fee: 1.20 hours @ $625.00/hour<br>Email with changes from def's counsel; change docs; send to def's counsel by email. | 750.00<br>HOLD |
| 04/28/11<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Review changes to brief; emails from and to MacLeod. | 250.00<br>HOLD |
| 04/29/11<br>Hold | DC | Fee: 5.70 hours @ $625.00/hour<br>Finalize settlement brief and other settlement documents; declarations, obtain signatures, etc.; emails from and to MacLeod. | 3,562.50<br>HOLD |

**Fees and Expenses by Matter**
Period: 01/01/1990-09/26/2011

Page 11<br>09/26/11

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| 05/03/11<br>Hold | DC | Fee: 3.40 hours @ $625.00/hour<br>Receive final docs for submitting settlement to court; work on final documents; corrections to brief; review each document; look up local rules for efiling and proposed orders. | 2,125.00<br>HOLD |
| 05/04/11<br>Hold | DC | Fee: 3.80 hours @ $625.00/hour<br>Revise certificate of service; corrections ot other papers; scan and file; calls to court; email to opposing counsel; efile all papers; overnight courtesy copies and draft letter to court; email proposed order.. | 2,375.00<br>HOLD |
| 05/13/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Call to Alan Vasquez re: setting up bank account. | 125.00<br>HOLD |
| 05/13/11<br>Hold | DC | Fee: 0.10 hours @ $625.00/hour<br>Email to MacLeod about bank account. | 62.50<br>HOLD |
| 06/01/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Email to court re: status. | 125.00<br>HOLD |
| 06/02/11<br>Hold | DC | Fee: 0.10 hours @ $625.00/hour<br>Call to Vasquez re: bank account. | 62.50<br>HOLD |
| 06/06/11<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Emails from and to Bruce MacLeod re: status of case. | 250.00<br>HOLD |
| 06/08/11<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Cal from law clerk to Judge Lloyd; email to Bruce MacLeod. | 187.50<br>HOLD |
| 06/16/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Review Order from court re: incentive award. | 125.00<br>HOLD |
| 06/16/11<br>Hold | DC | Fee: 3.30 hours @ $625.00/hour<br>Do research on response to court as requested in Interim Order. | 2,062.50<br>HOLD |
| 06/17/11<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Call to / from client re: interim order. | 250.00<br>HOLD |
| 06/17/11<br>Hold | DC | Fee: 2.80 hours @ $625.00/hour<br>Work on letter brief re: incentive payment. | 1,750.00<br>HOLD |
| 06/17/11<br>Hold | DC | Fee: 3.60 hours @ $625.00/hour<br>Work on research for incentive payments letter brief; work on client declaration; email to and call with client. | 2,250.00<br>HOLD |

**Fees and Expenses by Matter**
Period: 01/01/1990-09/26/2011

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| 06/20/11<br>Hold | DC | Fee: 5.70 hours @ $625.00/hour<br>Work on researching incentive payments issue; further revisions to letter brief; further revisions to declaration. | 3,562.50<br>HOLD |
| 06/21/11<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Emails to and from Vasquez. | 250.00<br>HOLD |
| 06/21/11<br>Hold | DC | Fee: 1.80 hours @ $625.00/hour<br>Prepare my declaration re incentive payments; finalize letter brief; efile same; send courtesy copies overnight mail; respond to Alan Vaquez' email re: defense counsel info. | 1,125.00<br>HOLD |
| 06/22/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Emails from and to Bruce MacLeod. | 125.00<br>HOLD |
| 07/05/11<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Emails from and to MacLeod. | 187.50<br>HOLD |
| 07/21/11<br>Hold | DC | Fee: 13.00 hours @ $625.00/hour<br>Review notice information; emails to Gilardi & Co.; email to client; notice of lien. | 8,125.00<br>HOLD |
| 07/22/11<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Emails from and to Alan V. re: changes and revisions to notice docs. | 250.00<br>HOLD |
| 07/25/11<br>Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Emails and calls to and from Alan V. re: notice docs. | 312.50<br>HOLD |
| 07/26/11<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Call to Alan V. re: notice; deposit. | 187.50<br>HOLD |
| 07/27/11<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Received notice of lien and objection from atty for creditor; call to same. | 187.50<br>HOLD |
| 07/27/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Email to client re: objection filed. | 125.00<br>HOLD |
| 07/27/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Call from Alan Vasquez re: notice issue. | 125.00<br>HOLD |
| 07/28/11<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Emails to and from Alan re: final review of certain settlement | 250.00<br>HOLD |

**Fees and Expenses by Matter**
Period: 01/01/1990-09/26/2011

Page 13
09/26/11

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| | | documents. | |
| 07/29/11<br>Hold | DC | Fee: 2.20 hours @ $625.00/hour<br>Review settlement documents; make changes; email to Alan; call to Alan Vasquez. | 1,375.00<br>HOLD |
| 08/02/11<br>Hold | DC | Fee: 0.80 hours @ $625.00/hour<br>Draft stipulation to extend deadline and proposed order; email to Bruce MacLeod. | 500.00<br>HOLD |
| 08/02/11<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Email from Alan V.; call from Alan V. re: notice procedures. | 187.50<br>HOLD |
| 08/02/11<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Calls to and from  Alan V. re: press release. | 187.50<br>HOLD |
| 08/03/11<br>Hold | DC | Fee: 1.10 hours @ $625.00/hour<br>Call to Alan; review press release and edit same; forward to Gilardi in email; review other press releases as well. | 687.50<br>HOLD |
| 08/03/11<br>Hold | DC | Fee: 2.20 hours @ $625.00/hour<br>Review final long form notice; compare to Court's changes in notice as changed; review and revise press release again; send draft to opposing counsel; emails to Gilardi & co. re: source issue. | 1,375.00<br>HOLD |
| 08/04/11<br>Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Email from Bruce MacLeod approving press release; email to Gilardi & Co.; attached final version approved by other side; email back from Chermus at Gilardi. | 312.50<br>HOLD |
| 08/04/11<br>Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Arrange for special rush filing of Stipulation to extend claims deadline; with Knox in San Jose; call to secretary; emails to and from Knox re: delivery. | 312.50<br>HOLD |
| 08/04/11<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Emails to Gilardi abouit final notice package and internet placement. | 187.50<br>HOLD |
| 08/04/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Emails from Gilardi re: claims and notice . | 125.00<br>HOLD |

**Fees and Expenses by Matter**
Period: 01/01/1990-09/26/2011

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| 08/05/11<br>Hold | DC | Fee: 0.80 hours @ $625.00/hour<br>Email from Alan Vasquez; call to Alan Vasquez; review notice form; email to Alan Vasquez. | 500.00<br>HOLD |
| 08/05/11<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Emails from and to Alan V. at Gilardi re: claims procedures. | 187.50<br>HOLD |
| 08/08/11<br>Hold | DC | Fee: 0.60 hours @ $625.00/hour<br>Emails to and from Alan V. re: claims; system operation; email re: press release. | 375.00<br>HOLD |
| 08/19/11<br>Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Emails to and from Gilardi re: publication notice. | 312.50<br>HOLD |
| 08/22/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Email from and to Alan V re: claims issues. | 125.00<br>HOLD |
| 08/30/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Review weekly claims report. | 125.00<br>HOLD |
| 09/19/11<br>Hold | DC | Fee: 0.60 hours @ $625.00/hour<br>Emails from and to Alan Vasquez re: claims, deadline and pending stipulation; review and approve posting for website. | 375.00<br>HOLD |
| 09/20/11<br>Hold | DC | Fee: 0.60 hours @ $625.00/hour<br>Call to court calendar clerk and law clerk; prepare and file proposed Order on Aug. stip. | 375.00<br>HOLD |
| 09/20/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Overnight mail - to court - courtesy copy of order. | 125.00<br>HOLD |
| 09/20/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Email to claims administrator about declaration timing. | 125.00<br>HOLD |
| 09/20/11<br>Hold | DC | Fee: 4.20 hours @ $625.00/hour<br>Research and preparation of fee and final approval brief. | 2,625.00<br>HOLD |
| 09/21/11<br>Hold | DC | Fee: 5.20 hours @ $625.00/hour<br>Research attorney's fees brief; draft motion; call Hutchinson, draft declaration. | 3,250.00<br>HOLD |
| 09/21/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Received and reviewed signed order extending claims date for RUM group, email to Alan Vasquez about same. | 125.00<br>HOLD |

**Fees and Expenses by Matter**
Period: 01/01/1990-09/26/2011

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|
| 09/21/11 Hold | DC | Fee: 1.40 hours @ $625.00/hour<br>Continued work on final approval and fee briefs and research on same. | 875.00 HOLD |
| 09/22/11 Hold | DC | Fee: 0.80 hours @ $625.00/hour<br>Put together costs total and documentation for fee brief docs. | 500.00 HOLD |
| 09/22/11 Hold | DC | Fee: 2.20 hours @ $625.00/hour<br>Research on fees and final approval briefs, draft same. | 1,375.00 HOLD |
| 09/22/11 Hold | DC | Fee: 2.70 hours @ $625.00/hour<br>Further work on final approval brief and fees brief. | 1,687.50 HOLD |
| 09/23/11 Hold | DC | Fee: 1.70 hours @ $625.00/hour<br>Further research on California vs. federal law on fees. | 1,062.50 HOLD |
| 09/23/11 Hold | DC | Fee: 3.70 hours @ $625.00/hour<br>Work on fees brief; call to claims adinistrator; email to same. | 2,312.50 HOLD |
| 09/23/11 Hold | DC | Fee: 0.80 hours @ $625.00/hour<br>Call to Jim Dawson; discussion about local practices; prepare fee declaratoin for him to review; email same. | 500.00 HOLD |
| 09/23/11 Hold | DC | Fee: 5.80 hours @ $625.00/hour<br>Further work on fee brief and final approval brief; assemble declarations; further research on multiplier issues; emails to claims admin.; IT consultant; calls to and from claims administrator. | 3,625.00 HOLD |
| 09/24/11 Hold | DC | Fee: 7.30 hours @ $625.00/hour<br>Work on Final Approval brief and supporting documents. | 4,562.50 HOLD |
| 09/25/11 Hold | DC | Fee: 6.80 hours @ $625.00/hour<br>Work on both briefs, final approval and attorney's fees, and supporting documents. | 4,250.00 HOLD |
| 09/25/11 Hold | DC | Fee: 1.80 hours @ $625.00/hour<br>Further work on declarations for both briefs. | 1,125.00 HOLD |
| 09/25/11 Hold | DC | Fee: 7.40 hours @ $625.00/hour<br>Work on briefs and supporting documents; draft and revise both; prepare declarations. | 4,625.00 HOLD |

**Fees and Expenses by Matter**
Period: 01/01/1990-09/26/2011

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|
| 09/25/11 Hold | DC | Fee: 0.50 hours @ $625.00/hour Prepare client's declaration; email to same. | 312.50 HOLD |
| 09/26/11 Hold | DC | Fee: 4.60 hours @ $625.00/hour Finalize fee and final approval briefs; have tables pulled and review; finalize declarations; call to defense counsel MacLeod; receive client's declaration. | 2,875.00 HOLD |

| Matter 312-1 184 transactions | | Hours: 234.10 | Fees: 151,942.50 Expenses: 0.00 |
|---|---|---|---|

| 184 transactions 1 matter | | Hours: 234.10 | Fees: 151,942.50 Expenses: 0.00 |
|---|---|---|---|

# EXHIBIT B

# THE NATIONAL
# LAW JOURNAL

Select 'Print' in your browser menu to print this document.

©2008 National Law Journal Online
Page printed from: http://www.nlj.com

Back to Article

---

## A nationwide sampling of law firm billing rates

December 10, 2007

*The National Law Journal asked the respondents to its 2007 survey of the nation's 250 largest law firms to provide a range of hourly billing rates for partners and associates. The firms that supplied this information — including some firms that are not in the NLJ 250 — are listed below in alphabetical order. We also asked firms to provide average and median billing rates, and several complied. The number after a firm's name indicates the total number of attorneys at the firm. The city listed below the name of a firm is the location of its principal or largest office.*

A-F   G-L   M-R   S-W

**Adams and Reese (256)**
(New Orleans)
Partners $225-$500 (average $305) (median $300)
Associates $165-$255 (average $198) (median $197)
Firmwide (average $278) (median $275)

**Andrews Kurth (396)**
(Houston)
Partners $400-$795
Associates $210-$460

**Arent Fox (329)**
(Washington)
Partners $395-$675
Associates $240-$440

**Armstrong Teasdale (279)**
(St. Louis)
Partners $295-$450
Associates $165-$295

**Baker, Donelson, Bearman, Caldwell & Berkowitz (523)**
(Memphis, Tenn.)
Partners $230-$525 (average $325) (median $320)
Associates $160-$315 (average $205) (median $200)
Firmwide (average $280) (median $270)

**Barnes & Thornburg (440)**
(Indianapolis)
Partners $265-$485 (average $350) (median $355)
Associates $180-$295 (average $225) (median $220)
Firmwide (average $302) (median $310)

**Bass, Berry & Sims (217)**
(Nashville, Tenn.)
Partners $300-$575

Associates $180-$285

**Best Best & Krieger (195)**
(Riverside, Calif.)
Partners $290-$495 (average $275) (median $390)
Associates $160-$350 (average $203) (median $335)
Firmwide (average $212) (median $265)

**Bond, Schoeneck & King (167)**
(Syracuse, N.Y.)
Partners $200-$435 (average $294) (median $295)
Associates $140-$250 (average $179) (median $175)
Firmwide (average $253) (median $300)

**Bradley Arant Rose & White (242)**
(Birmingham, Ala.)
Partners $240-$520 (average $335) (median $330)
Associates $180-$280 (average $213) (median $205)
Firmwide (average $258) (median $260)

**Briggs and Morgan (178)**
(Minneapolis)
Partners $250-$500 (average $391) (median $395)
Associates $195-$325 (average $233) (median $230)
Firmwide (average $344) (median $350)

**Brinks Hofer Gilson & Lione (158)**
(Chicago)
Partners $300-$650 (average $479) (median $485)
Associates $180-$410 (average $273) (median $250)
Firmwide (average $365) (median $350)

**Broad and Cassel (175)**
(Orlando, Fla.)
Partners $250-$450 (average $361) (median $360)
Associates $155-$310 (average $232) (median $225)
Firmwide (average $294) (median $275)

**Brownstein Hyatt Farber Schreck (177)**
(Denver)
Partners $260-$675 (average $373) (median $390)
Associates $170-$270 (average $219) (median $217.5)
Firmwide (average $308) (median $325)

**Bryan Cave (847)**
(St. Louis)
Partners $320-$695 (average $493) (median $490)
Associates $165-$495 (average $295) (median $295)
Firmwide (average $394) (median $375)

**Buchanan Ingersoll & Rooney (561)**
(Pittsburgh)
Partners $320-$750
Associates $150-$460

**Bullivant Houser Bailey (160)**
(Portland, Ore.)
Partners $225-$500 (average $285) (median $275)
Associates $150-$350 (average $240) (median $220)
Firmwide (average $260) (median $250)

**Burr & Forman (182)**
(Birmingham, Ala.)
Partners $250-$470 (average $340)

Associates $175-$305 (average $235)

**Butzel Long (232)**
(Detroit)
Partners $210-$575
Associates $155-$350

**Carlton Fields (259)**
(Tampa, Fla.)
Partners $290-$600 (average $406) (median $405)
Associates $190-$375 (average $243) (median $245)
Firmwide (average $312) (median $300)

**Cooley Godward Kronish (567)**
(Palo Alto, Calif.)
Partners $470-$875
Associates $250-$555

**Covington & Burling (608)**
(Washington)
Partners $510-$800
Associates $240-$525

**Cozen O'Connor (476)** (Philadelphia)
Partners $230-$750 (average $420) (median $425)
Associates $155-$530 (average $283) (median $280)
Firmwide (average $350) (median $340)

**Curtis, Mallet-Prevost, Colt & Mosle (221)**
(New York)
Partners $635-$735 (average $666) (median $685)
Associates $280-$560 (average $361) (median $360)
Firmwide (average $396) (median $480)

**Davis Wright Tremaine (449)**
(Seattle)
Partners $300-$695 (average $430) (median $422)
Associates $170-$390 (average $257) (median $250)
Firmwide (average $375) (median $375)

**Day Pitney (400)**
(Florham Park, N.J.)
Partners $350-$650 (average $472) (median $465)
Associates $210-$525 (average $306) (median $310)
Firmwide (average $374) (median $375)

**Dickinson Wright (234)**
(Detroit)
Partners $260-$530
Associates $170-$275

**Dickstein Shapiro (388)**
(Washington)
Partners $425-$825 (average $552) (median $550)
Associates $225-$440 (average $336) (median $360)
Firmwide (average $439) (median $425)

**Dinsmore & Shohl (316)**
(Cincinnati)
Partners $235-$475 (average $342) (median $340)
Associates $155-$285 (average $199) (median $190)
Firmwide (average $275) (median $250)

**Dorsey & Whitney (649)**

(Minneapolis)
Partners $220-$750 (average $463) (median $463)
Associates $145-$470 (average $274) (median $260)
Firmwide (average $375) (median $365)

**Duane Morris (612)**
(Philadelphia)
Partners $315-$705 (average $475) (median $470)
Associates $150-$465 (average $310) (median $305)
Firmwide (average $416) (median $415)

**Dykema Gossett (338)**
(Detroit)
Partners $245-$625 (average $403)
Associates $185-$390 (average $272)

**Edwards Angell Palmer & Dodge (564)**
(Boston)
Partners $350-$700 (average $515) (median $513)
Associates $170-$450 (average $293) (median ($280)
Firmwide (average $407) (median $400)

**Epstein Becker & Green (384)**
(New York)
Partners $280-$675 (average $471) (median $475)
Associates $155-$440 (average $290) (median $280)
Firmwide (average $380) (median $395)

**Fenwick & West (223)**
(Mountain View, Calif.)
Partners $500-$775 (average $590) (median $600)
Associates $245-$500 (average $360) (median $370)
Firmwide (average $395) (median $410)

**Foley & Lardner (1,011)**
(Milwaukee)
Partners (average $550) (median $550)
Associates (average $387) (median $375)
Firmwide $185-$855
(average $476) (median $475)

**Ford & Harrison (190)**
(Atlanta)
Partners $325-$560
Associates $210-$395

**Fowler White Boggs Banker (289)**
(Tampa, Fla.)
Partners $230-$500 (average $345) (median $340)
Associates $150-$325 (average $217) (median $210)
Firmwide (average $303) (median $300)

**Fox Rothschild (417)**
(Philadelphia)
Partners $240-$595
Associates $190-$440

**Frost Brown Todd (360)**
(Cincinnati)
Partners $225-$455 (average $303) (median $295)
Associates $145-$255 (average $180) (median $170)
Firmwide (average $256) (median $255)

G-L

**Gardere Wynne Sewell (284)**
(Dallas)
Partners $350-$715 (average $472) (median $475)
Associates $220-$425 (average $292) (median $265)
Firmwide (average $405) (median $405)

**GrayRobinson (205)**
(Orlando, Fla.)
Partners $175-$500 (average $319)
Associates $250 (average $198)
Firmwide (average $224)

**Greenberg Traurig (1,766)**
(New York)
Partners $300-$1,000 (average $490) (median $500)
Associates $175-$505 (average $311) (median $310)
Firmwide (average $407) (median $415)

**Harris Beach (184)**
(Rochester, N.Y.)
Partners $250-$475
Associates $140-$275

**Hiscock & Barclay (172)**
(Syracuse, N.Y.)
Partners $220-$375 (average $278) (median $280)
Associates $160-$250 (average $185) (median $180)
Firmwide (average $245) (median $250)

**Hodgson Russ (229)**
(Buffalo, N.Y.)
Partners $215-$645 (average $337) (median $350)
Associates $155-$395 (average $219) (median $205)
Firmwide (average $254) (median $250)

**Hogan & Hartson (1,092)**
(Washington)
Partners $300-$850 (average $600) (median $590)
Associates $150-$525 (average $385) (median $370)
Firmwide (average $490)

**Holland & Hart (347)**
(Denver)
Partners $275-$585 (average $388) (median $385)
Associates $165-$345 (average $269) (median $275)
Firmwide (average $335) (median $335)

**Holme Roberts & Owen (224)**
(Denver)
Partners $285-$635 (average $412) (median $410)
Associates $195-$420 (average $284) (median $265)
Firmwide (average $353) (median $345)

**Howard Rice Nemerovski Canady Falk & Rabkin (114)**
(San Francisco)
Partners $495-$775
Associates $275-$485

**Hughes Hubbard & Reed (343)**
(New York)
Partners $595-$825
Associates $240-$560

**Husch & Eppenberger (332)**
(St. Louis)
Partners $190-$425 (average $297) (median $295)
Associates $130-$260 (average $179) (median $175)
Firmwide (average $248) (median $245)

**Jackson Lewis (416)**
(White Plains, N.Y.)
Partners $235-$575
Associates $210-$450

**Jenner & Block (495)**
(Chicago)
Partners $450-$900 (average $562) (median $525)
Associates $275-$425 (average $327) (median $325)

**Jones, Walker, Waechter, Poitevent, Carrère & Denègre (230)**
(New Orleans)
Partners $210-$600
Associates $150-$225

**Kelley Drye & Warren (390)**
(New York)
Partners $400-$800
Associates $255-$500

**Knobbe, Martens, Olson & Bear (208)**
(Irvine, Calif.)
Partners $340-$645
Associates $215-$420

**Lane Powell (175)**
(Seattle)
Partners $300-$515 (average $370) (median $370)
Associates $205-$300 (average $255) (median $255)
Firmwide (average $345) (median $345)

**Lathrop & Gage (271)**
(Kansas City, Mo.)
Partners $225-$450 (average $300) (median $300)
Associates $140-$300 (average $185) (median $185)
Firmwide (average $215) (median $260)

**Leonard, Street and Deinard (199)**
(Minneapolis)
Partners $300-$500
Associates $185-$300

**Lewis, Rice & Fingersh (165)**
(St. Louis)
Partners $240-$425
Associates $130-$295

**Lindquist & Vennum (174)**
(Minneapolis)
Partners $260-$500
Associates $165-$260

**Locke Liddell & Sapp (421)**
(Dallas)
Partners $375-$900 (average $488) (median $490)
Associates $190-$390 (average $281) (median $280)
Firmwide (average $399) (median $425)

Loeb & Loeb (280)
(Los Angeles)
Partners $475-$875 (average $606) (median $600)
Associates $240-$500 (average $384) (median $400)
Firmwide (average $505) (median $500)

Lord, Bissell & Brook (290)
(Chicago)
Partners $335-$690 (average $473) (median $475)
Associates $200-$410 (average $399) (median $300)
Firmwide (average $410) (median $415)

Lowenstein Sandler (271)
(Roseland, N.J.)
Partners $380-$725
Associates $205-$395

Luce, Forward, Hamilton & Scripps (186)
(San Diego)
Partners $325-$725 (average $465) (median $475)
Associates $220-$450 (average $281) (median $280)
Firmwide (average $381) (median $395)

M-R

Manatt, Phelps & Phillips (320)
(Los Angeles)
Partners $520-$785 (average $600) (median $590)
Associates $265-$480 (average $395) (median $415)
Firmwide (average $518) (median $550)

Marshall, Dennehey, Warner, Coleman & Goggin (379)
(Philadelphia)
Partners $135-$400
Associates $120-$300

McCarter & English (400)
(Newark, N.J.)
Partners $325-$650
Associates $205-$395

McElroy, Deutsch, Mulvaney & Carpenter (238)
(Morristown, N.J.)
Partners $295-$450 (average $250) (median $235)
Associates $135-$225 (average $180) (median $165)
Firmwide (average $195) (median $215)

McKee Nelson (224)
(New York)
Partners $635-$920 (average $760) (median $755)
Associates $375-$595 (average $446) (median $455)
Firmwide (average $489) (median $475)

Michael Best & Friedrich (224)
(Milwaukee)
Partners $225-$550 (average $363) (median $350)
Associates $185-$300 (average $234) (median $235)
Firmwide (average $321) (median $325)

Miles & Stockbridge (212)
(Baltimore)
Partners $315-$535 (average $397)
Associates $205-$405 (average $260)

**Miller, Canfield, Paddock and Stone (378)**
(Detroit)
Partners $265-$595 (average $490) (median $400)
Associates $160-$340 (average $225) (median $220)
Firmwide (average $285) (median $335)

**Miller & Martin (185)**
(Chattanooga, Tenn.)
Partners $230-$580 (average $338) (median $340)
Associates $160-$295 (average $201) (median $195)
Firmwide (average $305) (median $320)

**Montgomery, McCracken, Walker & Rhoads (136)**
(Philadelphia)
Partners $320-$575 (average $419)
Associates $195-$320 (average $260)
Firmwide (average $360)

**Moore & Van Allen (284)**
(Charlotte, N.C.)
Partners $265-$765
Associates $175-$330

**Morgan, Lewis & Bockius (1,384)**
(Philadelphia)
Partners $375-$850
Associates $200-$575

**Morris, Manning & Martin (170)**
(Atlanta)
Partners $350-$625 (average $436) (median $395)
Associates $180-$400 (average $285) (median $310)
Firmwide (average $380) (median $440)

**Naxsen Pruet Adams Kleemeier (171)**
(Columbia, S.C.)
Partners $220-$420
Associates $150-$250

**Ogletree, Deakins, Nash, Smoak & Stewart (392)**
(Greenville, S.C.)
Partners $270-$575 (average $348)
Associates $200-$360 (average $256)
Firmwide (average $312)

**Patton Boggs (518)**
(Washington)
Partners $320-$920 (average $536) (median $525)
Associates $205-$520 (average $375) (median $385)
Firmwide (average $456) (median $455)

**Pepper Hamilton (500)**
(Philadelphia)
Partners $335-$750
Associates $200-$425

**Perkins Cole (619)**
(Seattle)
Partners $205-$805
Associates $145-$500

**Phelps Dunbar (280)**
(New Orleans)
Partners $170-$450 (average $243)

Shughart Thomson & Kilroy (172)
(Kansas City, Mo.)
Partners $235-$475
Associates $160-$225

Shumaker, Loop & Kendrick (171)
(Toledo, Ohio)
Partners $200-$465 (average $311) (median $305)
Associates $180-$350 (average $221) (median $220)
Firmwide (average $259) (median $300)

Sills Cummis Epstein & Gross (178)
(Newark, N.J.)
Partners $350-$650
Associates $195-$375

Smith, Gambrell & Russell (185) (Atlanta)
Partners $250-$575
Associates $175-$345

Snell & Wilmer (438) (Phoenix)
Partners $275-$675 (average $390)
Associates $170-$390 (average $248)

Steptoe & Johnson PLLC (180)
(Clarksburg, W.Va.)
Partners $200-$325
Associates $170-$250

Stinson Morrison Hecker (352)
(Kansas City, Mo.)
Partners $230-$600 (average $333) (median $365)
Associates $175-$250 (average $207) (median $225)
Firmwide (average $295) (median $285)

Stoel Rives (342) (Portland, Ore.)
Partners $275-$500 (average $379) (median $375)
Associates $160-$350 (average $231) (median $230)
Firmwide (average $324) (median $330)

Strasburger & Price (178) (Dallas)
Partners $225-$560 (average $367) (median $363)
Associates $200-$395 (average $234) (median $223)
Firmwide (average $326) (median $322)

Sullivan & Worcester (170) (Boston)
Partners $415-$700 (average $550) (median $540)
Associates $245-$420 (average $309) (median $290)
Firmwide (average $438) (median $440)

Sutherland Asbill & Brennan (511)
(Atlanta)
Partners $375-$715 (average $511) (median $500)
Associates $215-$415 (average $292) (median $280)
Firmwide (average $335) (median $305)

Thacher Proffitt & Wood (310)
(New York)
Partners $525-$795 (average $574) (median $700)
Associates $275-$495 (average $353) (median $365)
Firmwide (average $426) (median $395)

Thompson Coburn (320)
(St. Louis)

Partners $265-$580
Associates $170-$370

Thompson & Knight (414)
(Dallas)
Partners $370-$730 (average $496) (median $485)
Associates $205-$370 (average $295) (median $310)
Firmwide (average $415) (median $400)

Ulmer & Berne (174)
(Cleveland)
Partners $240-$470 (average $343)
Associates $165-$290 (average $213)
Firmwide (average $280)

Vedder, Price, Kaufman & Kammholz (255)
(Chicago)
Partners $335-$650 (average $430) (median $425)
Associates $205-$410 (average $281) (median $370)
Firmwide (average $372) (median $365)

Wiggin and Dana (146)
(New Haven, Conn.)
Partners $295-$590
Associates $195-$350

Williams Mullen (314)
(Richmond, Va.)
Partners $300-$600
Associates $205-$425

Wilmer Cutler Pickering Hale and Dorr (1,051)
(Washington)
Partners $475-$1,000
Associates $215-$495

Winstead (306)
(Dallas)
Partners $345-$620
Associates $180-$360

Winston & Strawn (912)
(Chicago)
Partners $400-$845 (average $608
capital partner/$515 income partner) (median $640 capital partner/$585
income partner)
Associates $200-$590 (average $365) (median $395)
Firmwide (average $455) (median $523)

Womble Carlyle Sandridge & Rice (510)
(Winston-Salem, N.C.)
Partners $290-$575 (average $426) (median $425)
Associates $195-$370 (average $268) (median $265)
Firmwide (average $355) (median $360)

# EXHIBIT C

1  Douglas J. Campion, Esq. (SBN: 75381)
    **LAW OFFICES OF DOUGLAS J. CAMPION**

2  409 Camino Del Rio South, Suite 303
    San Diego, CA 92108

3  doug@djcampion.com

4  Telephone: (619) 299-2091
    Facsimile:  (619) 858-0034

5

6  Attorneys for Plaintiff
    Patrick Grannan

7

8

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN  DISTRICT OF CALIFORNIA**

11  **PATRICK GRANNAN, ON BEHALF**  )  **CASE NO. CV 10 – 02803 HRL**
    **OF HIMSELF AND ALL OTHERS**  )  **CLASS ACTION**

12  **SIMILARLY SITUATED,**  )

13                    )  **DECLARATION OF JAMES L.**
         **Plaintiffs,**  )  **DAWSON IN SUPPORT OF**

14                    )  **PLAINTIFF'S REQUEST FOR**
                    )  **ATTORNEYS' FEES AND COSTS**

15  vs.  )

16                    )
    **ALLIANT LAW GROUP, P.C.,**  )  MAGISTRATE JUDGE

17                    )  HOWARD R. LLOYD
         **Defendant.**  )

18                    )  Hearing Date:  November 1, 2011

19                    )  Time:         10:00 a.m.
                    )  Courtroom:  2

20

21        I, James L. Dawson, declare:

22           1.   I am an attorney licensed to practice before this Court and all California state

23  courts.  I am submitting this declaration at the request of Douglas J. Campion in support of his

24  request for the Court's approval of his attorney's fees in this action.  If called as a witness, I could

25  and would testify to the matters herein from personal knowledge.

26           2.   I am a partner in the law firm of Gates Eisenhart Dawson, located at 125 S.

27

28  DECL. OF JAMES L DAWSON
    IN SUPPORT OF MTN FOR ATTYS' FEES & COSTS      1            10-CV-02803 HRL

1   Market Street, Suite 1200, San Jose, California. I have been a practicing attorney in this

2   geographical area since 1977 and I am familiar with the local billing customs and practices. I have

3   been engaged in litigation throughout my career.

4          3.     I have had the opportunity to observe the fees charged by other counsel in

5   this legal community. I understand Douglas Campion is requesting an award of fees based upon a

6   percentage of the common fund obtained in settlement. Because the 9th Circuit authority permits a

7   court to also review a fee applicant's lodestar, i.e., hourly rate times the hours incurred, I understand

8   Mr. Campion is submitting his lodestar in the event the court seeks to use a lodestar analysis in

9   some capacity.

10         4.     I am informed Mr. Campion's lodestar is based upon his hourly billing rate of

11  $625 per hour in this class action alleging violations of the Telephone Consumer Protection Act.

12  Based upon my experience, that hourly rate of $625 is within the range of what is reasonable for

13  serving as lead counsel in a class action in the legal community practicing in the Northern

14  California District of California. That belief is also supported by my understanding of Mr.

15  Campion's 34 years of litigation experience, and his litigation of class actions for more than 20 of

16  those years.

17         I declare under penalty of perjury that the above is true and correct. Executed

18  pursuant to the laws of the United States at San Jose, California on September 23, 2011.

19

20

21

22                                          James L. Dawson

23

24

25

26

27

28

---

# EXHIBIT D

## GRANNAN V. ALLIANT LAW GROUP

## COSTS INURRED IN LITGATION BY THE LAW OFFICES OF DOUGLAS J. CAMPION

### I. Paid / Incurred by Class Counsel:

Court Fees:

| 6-24-2010 | Filing fee | | $350.00 |
|---|---|---|---|

Overnight Mail Delivery Costs (Overnight Express, Norco):

| 8-16-10 | | $ 19.13 | |
|---|---|---|---|
| 8-31-10 | | 19.13 | |
| 10-28-10 | | 18.12 | |
| 11-24-10 | | 16.95 | |
| 12-1-10 | | 16.95 | |
| 1-4-11 | | 18.65 | |
| 5-4-11 | | 33.96 | |
| 6-21-11 | | 21.00 | |
| 9-20-11 | | 20.72 | |
| | Total: | $174.61 | $174.61 |

Attorney Service (Knox):

| 9-30-10 | | 70.00 | |
|---|---|---|---|
| 8-30-11 | | 89.00 | |
| | Total: | $159.00 | $159.00 |

Travel Expenses:

Airfare:

| 9-30-11 | Southwest Airlines | 314.40 | |
|---|---|---|---|
| | (For Sept. 7, 2011 hearing) | | |
| 7-30-11 | Southwest Airlines | 162.00 | |

(For Nov. 1, 2011 hearing)

Car Rental:

9-7-10          Car rental for 9-7-10 hearing          56.38

                    (Car rental will be needed for

                    Nov. 1, 2011 Hearing)

        Total Travel Expenses to date:                    $ 532.78

**Total Costs of Litigation to Date by Class Counsel's office:       $1,216.39**


**II.       Information Technology Consultant Hansen Levey**

**Forensics (Invoice -- Campion Declaration as Exhibit C)       $14,316.59**


**Total Costs Paid by or through Class Counsel**

**for which reimbursement is requested:       $15,532.89**

# EXHIBIT E

**Jeffrey A. Hansen**
**San Diego, CA 91977**
**(954) 302-7646**
**Email: Jeff@hlforensics.com**

## SUMMARY OF QUALIFICATIONS:

IT certified professional with over 20 years of extensive troubleshooting experience

## AREAS OF EXPERTISE:

| | | |
|---|---|---|
| Communication Systems | Component level troubleshooting | Tactical Data Systems |
| Security | Microcomputers | Training |
| Electronic Theory | Computer Networking | TCP/IP |
| Windows 2000 | Windows NT 4.0 | Exchange 2000 |
| Linux | BIND | POSTFIX |
| Disaster Recovery | Windows .NET (2003 Server) | Windows XP |
| Sparc | HIPAA | Network Management |
| Computer Forensics | Access Data FTK | E-Discovery |

## PROFESSIONAL EXPERIENCE:

**2007-Present Co-Founder**

**Hansen and Levey Forensics, Ft Lauderdale, FL**

- Established and incorporated Hansen & Levey Forensics, Inc in 2007
- Established secure forensics laboratory for the San Diego office.
- Developed operating procedures for computer forensic examinations.
- Developed proper protocols in preserving electronic evidence and following chain of custody.
- Provided Forensic services for clients for class action, employment, civil, domestic, and juvenile cases.
- Oversee all discovery phase of cases.
- Assist counsel in interrogatories, depositions, and meet and confer meetings, and preparation for sanction hearings against opposing counsel and parties.
- Provided expert testimony in Braun v Casey.
- Awarded consultant fees in Kevin Lemieux v. Global Credit & Collection Corp.
- Participated in Meet and Confer, 26f conferences and misc pre-trial meetings.
- Assisted counsel in developing litigation strategies in cases
- Assisted counsel in preparing discovery including interrogatories and document requests
- Assisted counsel in evaluating responses to interrogatories and document requests
- Assisted in counsel in witness examination in depositions

**2000-Present Owner**

**Pns724 San Diego, CA**

- Provided complete IT solutions for hundreds of businesses and individuals including network design, configuration, forensics, and data recovery.
- Set up and maintained 480 line outbound call center with numerous auto dialers and predictive dialers. Maintained call lists, and DNC lists used to place hundreds of millions of calls over a five year period.
- Installed hundreds of POTS lines, "Turned up" at least 38 T1's and PRI's.

**2006**        **San Diego Regional Computer Forensics Laboratory (FBI sponsored computer forensics Lab)**
- Built several forensic machines with large fiber channel RAID assemblies for use in the field.
- Installed and configured systems for mobile laboratory
- Provided support in all areas from taking in evidence to calling case agents to pick up their evidence from finished cases gaining valuable experience in evidence handling.

**2004-Present Systems Analyst**
        **Amsec San Diego, CA / Lateott Bremerton, WA / HP Enterprise Services**
- Provided ATM and Ethernet fiber connectivity for secure and unsecured DOD networks.
- Troubleshot fiber connectivity issues on shore and ship facilities.

**2000-2004**    **Director of Training/ IT Director**
        **Laptop Training Solutions, San Diego, CA**

- Provided Intrusion detection, incident response, and forensic services in a continuing effort keep the network and workstations secure.
- Planned, designed, and implemented network security for vital network services for 4 facilities, that were heavily attacked by varying methods, saving the company hundreds of thousands of dollars.
- Performed security risk assessment, performed IT control audits, developed countermeasures and provided a security policy to insure confidentiality, integrity and availability of resources.
- Performed Gap Analysis of existing systems and desired systems and migrated from Windows 2000 DNS and Exchange 2000 servers to Linux servers running Postfix and BIND to provide a more scalable network for 4 facilities providing the company the means to achieve a 450% growth.
- Planned, installed and maintained several school networks involving numerous Domain Controllers, UNIX servers, print servers, multiple nodes and routers.
- Installed and programmed Nortel phone system improving the company's ability to handle calls.
- Planned, organized and instructed computer certification courses including Microsoft Certified Systems Engineer (NT4.0, Win2000 MCSE, 2003 MCSE), Cisco (CCNA), A+, N+, Linux+, I-Net+, Security+, MOUS and  Web Page Design (HTML, Javascript, DHTML, Flash 4, Flash 5, Fireworks3, Photoshop 5) resulting in hundreds of certified students.
- Provided students with a hands on training environment involving networks with  Multiple Windows NT and Windows 2000 Domain Controllers, several workstations (Windows 95,98,NT,ME, and 2000 Professional), Novell, Unix, and Exchange Servers, and Cisco routers.
- Planned, organized and instructed a corporate training environment for TCP/IP which included addressing, standards, troubleshooting, subnetting, routing and Frame Relay
- Provided long distance support via telephone to hundreds of MCSE students throughout the country.
- Managed other instructors on training techniques for the MCSE, CCNA, Linux+, A+, Security+ and Network + courses providing a consistent system of training in all facilities.

**1998-2000**    **Electronic Test Technician 3**
        **Action Instruments, San Diego, CA**
- Tested various types of electronics for industry and signal conditioning.
- Troubleshot and documented nearly 10,000 component level repairs.

- Assisted in improvements to the manufacturing process.
- Identified problems in product design and provided solutions to correct the problems.

**1996-1997      Network, Computer and Computer Monitor Technician /Instructor**
**United States Navy, Shore Intermediate Maintenance Activity, San Diego, CA**
- Installed and connectorized fiber optic computer networks throughout Naval Station San Diego and North Island.
- Provided network troubleshooting and management for large scale mission-critical DoD networks with over 600 nodes, routers, and servers.
- Provided upgrades, maintenance, troubleshooting, security, and repair of personal computers for 600 station LAN and the US Pacific Fleet.
- Troubleshot and repaired over 100 computer monitors to component level without technical manuals.
- Increased successful monitor repair from 10% to 95%.
- Trained shop personnel on computer monitor troubleshooting and repair.
- Researched parts, materials and techniques for Computer Monitor repair.
- Developed curriculum and instructed monitor troubleshooting and repair for the Navy Microcomputer Repair course.

**1993-1996      Electronics Technician / Computer Technician**
**United States Navy, USS Mahlon S. Tisdale (FFG-27), Combat Systems Division.**
- Provided incident response and performed forensic type of services for 36 computers following Employee sabotage.
- Troubleshot and maintained Harris 300 AN/UYK-62(V) mini-mainframe, running Vulcan OS, and all terminals
- Troubleshot, maintained, and upgraded hardware and software for 36 shipboard computers.
- Identified security threats, and developed countermeasures for computer systems on board.
- Troubleshot, repaired and maintained – at component level - various Univac systems making up a complex network of computers used in communications, navigation, and weapons guidance.
- Assisted in planning and running work center.

**1990-1992      Radio, Television, VCR Technician**
**LBJ Television, Wheat Ridge, CO**
- Performed component level troubleshooting of televisions, VCRs, and stereos.
- Performed in home repair of televisions.
- Introduced the repair of CD players to the company.
- Provided technical support to customers over the telephone.
- Handled customer service issues related to television repair.

**CERTIFICATIONS:**

MCP 4.0, A+, Network+, MCP 2000, MCSA, MCSE, Linux+, I-Net+, Security+, CIW Security Analyst.

Certified by Bureau For Private Postsecondary And Vocational Education, in the States of California and Oregon, as an Instructor for Computer Installation and Repair Technology, Computer Systems Networking and Telecommunications, Micro Computer Applications, Microsoft, Windows, Excel

**GUEST APPEARANCES:**
- Featured in Microsoft Redmond Magazine Sep 2007
- Computer Talk 760 KFMB San Diego, CA
- Computer Bits KBNP 1410AM and KOHI 1600 Portland, OR
- San Diego Profiler 760 KFMB San Diego, CA

**EDUCATION:**

| | |
|---|---|
| 2006 | Access Data Forensic Toolkit |
| | San Diego Regional Computer Forensics Laboratory, San Diego, CA |
| 2006 | Guidance Software Encase Forensic Suite |
| | San Diego Regional Computer Forensics Laboratory, San Diego, CA |
| 2005 | E-discovery – Why Digital is different – by Craig Ball |
| | San Diego County Bar Association, San Diego, CA |
| 2003 | Security: Hardening MS Windows 2000 Server Family, IIS and Exchange 2000 Servers |
| | CBI Systems Integrators, San Diego, CA |
| 1996 | Navy Standard Microcomputer Repair |
| | PRC Inc., San Diego, CA |
| 1996 | Fundamentals of Total Quality Management/ Team Skills and Concepts |
| | Shore Intermediate Maintenance Activity, San Diego, CA |
| 1993 | AN/SPS-55 Surface Search Radar |
| | Service School Command, San Diego, CA |
| 1993 | Advanced Electronics School, Communication Systems and Radar Systems |
| | Naval Training Center, Great Lakes, IL |
| 1992 | Electronic Theory |
| | Naval Training Center, Orlando, FL |
| 1990-1991 | Radio, Television, VCR Repair |
| | Warren Occupational Technical Center, Golden, CO |
| 1989-1990 | Electronic Theory |
| | Warren Occupational Technical Center, Golden, CO |
| 1991 | Columbine Sr. High School, Littleton, CO |

**SECURITY CLEARANCE:** Secret

References available on request

# EXHIBIT F

**Hansen & Levey Forensics, Inc.**                    PO Box 813210 / Hollywood, FL  33081
                                                         954-302-7646

Invoice submitted to:

Douglas J. Campion, Esq.
Law Offices of Douglas J. Campion
409 Camino del Rio S
Suite #303
San Diego CA 92108

September 23, 2011

Reference:   Grannan vs. Alliant Law Group

Invoice #1014

Professional Services

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/15/2010 | JAH | Meeting with Doug Campion, Esq. regarding case. | 1.00 | 250.00 |
| | JAH | Configured server for new case. | 17.00 | 4,250.00 |
| | JAH | Telephone call with Keith Levey regarding strategy. | 2.00 | 500.00 |
| | KPL | Telephone call with Jeff Hansen regarding strategy. | 2.00 | 500.00 |
| 11/16/2010 | JAH | Setup database, imported data, checked for inconsistencies and ran NANPA comparison; found bad data in provided XLSX files; needed to start over in order to correct issue. | 5.15 | 1,287.50 |
| | JAH | Telephone call with Doug Campion, Esq. regarding status. | 0.50 | 125.00 |
| | JAH | Telephone call with Keith Levey regarding status / new strategy. | 1.50 | 375.00 |
| | KPL | Telephone call with Jeff Hansen regarding status / new strategy. | 1.50 | 375.00 |
| | JAH | Manually edited CSV file in order to correct multiple formatting issues. | 3.00 | 750.00 |
| | JAH | Re-Setup database, imported data, checked for inconsistencies, indexed and ran NANPA comparison.  Deduped and also verified against ported numbers. | 4.90 | 1,225.00 |
| 3/6/2011 | JAH | Telephone call with Keith Levey regarding status. | 0.75 | 187.50 |
| | KPL | Telephone call with Jeff Hansen regarding status. | 0.75 | 187.50 |

Douglas J. Campion, Esq.

Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/6/2011 | KPL | Review of findings for accuracy. | 7.50 | 1,875.00 |
|  | JAH | Telephone call with Doug Campion, Esq. regarding status. | 0.50 | 125.00 |
|  | JAH | Prepared final list of calls made that also contain addresses. | 6.10 | 1,525.00 |
|  | JAH | Verified all data to confirm accuracy. | 2.00 | 500.00 |
|  |  | **For professional services rendered** | 56.15 | $14,037.50 |

Additional Charges :

|  |  |  | Qty/Price | Amount |
|---|---|---|---|---|
| 11/15/2010 | JAH | 2 - 1 TB Harddrives | 2<br>80.00 | 160.00 |
|  | JAH | Microsoft Office 2010 | 1<br>119.00 | 119.00 |
|  |  | **Total costs** |  | $279.00 |
|  |  | **Total amount of this bill** |  | $14,316.50 |

# EXHIBIT G

March 14, 2011

Doug Campion, Esq.
Law Offices of Douglas J. Campion
Matter: Grannan v. Alliant Law Group, P.C.


Gilardi
& Co LLC

### Administration Cost Estimate Summary
**ASSUMES FULL ADMINISTRATION WITH CLAIMS PROCESSING AND DISTRIBUTION SERVICES**

Total Estimated Class Size    137,981

**Filing Percentage and Number of Claims Filed**

| SERVICES | 1% 1,380 | 5% 6,899 | 10% 13,798 | 30% 41,394 |
|---|---|---|---|---|
| Notification Procedures | $ 110,937 | $ 110,937 | $ 110,937 | $ 110,937 |
| Processing/Reporting | 3,685 | 7,134 | 10,929 | 28,866 |
| Distribution | 12,425 | 21,199 | 25,548 | 52,425 |
| **Total Estimated Administration Costs** | **$ 127,047** | **$ 139,270** | **$ 147,414** | **$ 192,228** |

### ITEMIZED ADMINISTRATION COSTS

| NOTIFICATION PROCEDURES | Volume | | Unit Rate | | Cost | Total |
|---|---|---|---|---|---|---|
| **Document Formatting & Class Data Preparation** | | | | | | |
| Case Setup (Planning, Consulting, Case Start Mtg) | 5 | hrs | $ | 90.00 | $    450 | |
| Mailing Database Preparation | 25 | hrs | $ | 90.00 | 2,250 | |
| Software Customization | 5 | hrs | $ | 90.00 | 450 | |
| Document Formatting | 3 | hrs | $ | 90.00 | 270 | |
| Case Management | 40 | hrs | $ | 90.00 | 3,600 | |
| NCOA | | | | | 660 | |
| Subtotal Formatting & Data Prep | | | | | | $    7,680 |
| **Publication** | | | | | | |
| Publish 1/8 page (approx. 5.37" x 5.18") in National Edition of USA Today (any day Mon thru Th) | | | | | | 22,262 |
| **Printing/Mailing** | | | | | | |
| Notice Packet: | 137,981 | | $ | 0.052 | $   7,143 | |
| 4-1/4" x 6" Postcard Notice | | | | | | |
| Estimated 1st Class Postage | 137,981 | | $ | 0.22 | 30,356 | |
| Print Production Staff Hours | 5 | hrs | $ | 90.00 | 450 | |
| Subtotal Printing/Mailing | | | | | | 37,948 |
| **Printing/Mailing - CAFA Mailing** | | | | | | |
| Mail CAFA Packet to 50 States' Attorney General and U.S. Attorney General: | | | | | | 3,500 |
| - Includes Registered Mail postage & print production time | | | | | | |
| **Returned Undeliverable Mail Handling ("RUM")** | | | | | | |
| Total % & # of RUM Pieces | 15% | 20,697 | | | | |
| **Address Searches** | | | | | | |
| # of Searches (from RUM above) | | 20,697 | $ | 0.25 | $   5,174 | |
| Class List Contains SSNs? (Y/N) | Y | | | | | |
| # of New Addresses Found and Remailed | 90% | 18,627 | $ | 0.50 | 9,314 | |
| Staff Hours performing Addr Searches & Remails | | 20 hrs | $ | 90.00 | 1,800 | |
| Subtotal Address Searches | | | | | | 16,288 |
| **Automated Telephone Support (IVR)** | | | | | | |
| Telephone Support - 800# (IVR w/transfer to live support) | | | | | | |
| One-Time Setup | | | | | $   1,500 | |
| Lookup enhancement for callers to check their class member status by SSN & file claims | | | | | 5,000 | |
| Script Development | | 5 hrs | $ | 90.00 | 450 | |
| Monthly Charges | | 6 mos | | 100 | 600 | |
| Line Charges | | | | | | |
| IVR - % of class calling & estimated # of calls seeking general info | 2% | 2,760 | | | | |
| Minutes per call | | 5 | | | | |
| Total estimated IVR minutes | | 13,798 | $ | 0.15 | 2,070 | |
| IVR - % of class calling & est # of callers filing claims through tele support | 0.5% | 690 | | | | |
| Minutes per call | | 6 | | | | |
| Total estimated IVR minutes | | 4,139 | $ | 0.15 | 621 | |
| Cost includes line charges and transcriptions | | | | | | |
| Live operators - % rollover to a live operator | 25% | 862 | | | | |
| Minutes per call | | 3 | | | | |
| Staff hours handling live calls | | 43 | $ | 70.00 | 3,018 | |
| Cost includes line charges and staff time | | | | | | |
| Subtotal Estimated Automated Telephone Support | | | | | | 13,259 |
| **Website Development** | | | | | | |
| Case-dedicated website to host case information, court documents, and allow online claims filing | | | | | | 10,000 |
| **Subtotal Notification Procedures** | | | | | | **$  110,937** |

NOTE: See Page 2 for Itemized Claims Processing & Distribution Costs

Doug Campion, Esq.
Law Offices of Douglas J. Campion
Matter: Grannan v. Alliant Law Group, P.C.

## Projected Claim Forms or Policy Reinstatement Elections Filed (% and # of Claims)

| PROCESSING/REPORTING | Unit Rate | 1,380 Volume | 1% Cost | 6,899 Volume | 5% Cost | 13,798 Volume | 10% Cost | 41,394 Volume | 30% Cost |
|---|---|---|---|---|---|---|---|---|---|
| **Claims Processing (cost per claim #'s reflect rounding)** | | | | | | | | | |
| Cost per Claim for 1,380 Claims Filed via Website | $1.25 | | | | | | | | |
| Cost per Claim for 6,899 Claims Filed via Website | $0.75 | | | | | | | | |
| Cost per Claim for 13,798 Claims Filed via Website | $0.65 | | | | | | | | |
| Cost per Claim for 41,394 Claims Filed via Website | $0.65 | | | | | | | | |
| Estimated Number of Claim Forms filed thru Website | 100% | 1,380 | $ 1,725 | 6,899 | $ 5,174 | 13,798 | $ 8,969 | 41,394 | $ 26,906 |
| **Request For Exclusion Processing** | | | | | | | | | |
| Estimated Number of Opt-outs | | 100 | | 100 | | 100 | | 100 | |
| Staff Hours Handling Requests for Exclusion | $ 70.00 | 3 hrs | 210 | 3 hrs | 210 | 3 hrs | 210 | 3 hrs | 210 |
| **Reporting/Declaration** | | | | | | | | | |
| Declaration of Notice Procedures | $ 70.00 | 10 hrs | 700 | 10 hrs | 700 | 10 hrs | 700 | 10 hrs | 700 |
| Assumes reporting 1x per week | $ 70.00 | 15 hrs | 1,050 | 15 hrs | 1,050 | 15 hrs | 1,050 | 15 hrs | 1,050 |
| **Subtotal Processing/Reporting** | | | $ 3,685 | | $ 7,134 | | $ 10,929 | | $ 28,866 |
| **DISTRIBUTION** | | | | | | | | | |
| Settlement Fund Management (incl. obtaining Tax ID) | $ 90.00 | 5 hrs | $ 450 | 5 hrs | $ 450 | 5 hrs | $ 450 | 5 hrs | $ 450 |
| Distribution Calculations | $ 90.00 | 8 hrs | 720 | 10 hrs | 900 | 10 hrs | 900 | 15 hrs | 1,350 |
| Distribution Preparation | $ 90.00 | 15 hrs | 1,350 | 20 hrs | 1,800 | 20 hrs | 1,800 | 20 hrs | 1,800 |
| % & # of Claimants receiving checks | 100% | 1,380 | | 6,899 | | 13,798 | | 41,394 | |
| Check Issue Rate (volume dependent) | | 2.25 | | 1.50 | | 1.00 | | 0.95 | |
| Issue Checks | $ | 1,380 | 3,105 | 6,899 | 10,349 | 13,798 | 13,798 | 41,394 | 39,325 |
| Settlement Fund Tax Reporting | $ 2,500.00 | 2 | 5,000 | 2 | 5,000 | 2 | 5,000 | 2 | 5,000 |
| Staff Hours Handling Check Re-issues | $ 90.00 | 5 hrs | 450 | 10 hrs | 900 | 15 hrs | 1,350 | 20 hrs | 1,800 |
| Final Accounting Services | $ 90.00 | 15 hrs | 1,350 | 20 hrs | 1,800 | 25 hrs | 2,250 | 30 hrs | 2,700 |
| **Subtotal Distribution** | | | $ 12,425 | | $ 21,199 | | $ 25,548 | | $ 52,425 |

# EXHIBIT H



**Gilardi & Co LLC**

3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

September 23, 2011

Douglas J Champion, Esq.
Law Offices of Douglas J Champion
409 Camino Del Rio South, Suite 303
San Diego, CA 92108

Re:   **Patrick Grannan v. Alliant Law Group, PC**
        Client Matter Number 3684
        Invoice: 3684-1

Professional services, out-of-pocket expenses and third party expenses in connection with Case
Setup, Mailing Database Preparation, Software Customization, Case Management, Printing &
Mailing of Notice, CAFA Mailing, Publication of Summary Notice, RUM Processing, Website
Development, Telephone Support, Claims Processing, Distribution, Reporting and Tax
Compliance for the **Patrick Grannan v. Alliant Law Group, PC** matter.

**Notification**

| | | |
|---|---:|---:|
| Case Setup | $    450.00 | |
| Mailing Database Preparation | 2,795.00 | |
| Software Customization | 450.00 | |
| Document Formatting & Proofing | 312.50 | |
| Case Management | 4,492.50 | |
| NCOA | 660.00 | |
| Translation | 1,812.00 | |
| Print Production | 450.00 | |
| Printing | 5,628.79 | |
| Postage | 24,282.96 | |
| Notice Requests – 63 @ $0.50 | 31.50 | |
| CAFA Mailing | 3,500.00 | |
| Publication | 22,262.00 | |
| RUM Processing | 5,655.00 | |
| RUM Search – 9,638 @ $0.25 | 2,409.50 | |
| Remails – 3,920 @ $0.50 | 1,960.00 | |
| Staff Time | 1,800.00 | |
| Website Development | 10,000.00 | |
| Telephone Setup | 1,500.00 | |
| Lookup Enhancement | 5,000.00 | |
| Script Development | 450.00 | |
| Line Charges/Taxes/Fees | 1,417.50 | |
| Staff Time | 8,242.50 | |
| Subtotal Notification | | $ 104,688.50 |

continued

Patrick Grannan v. Alliant Law Group, PC
Client Matter Number 3684
Invoice: 3684-1
Page 2

**Processing**
    Claims Processing – 2,096 @ $0.75                1,551.75

**Distribution**

| | | |
|---|---:|---:|
| Settlement Fund Management | $ | 450.00 |
| Distribution Calculation | | 900.00 |
| Distribution Preparation | | 1,800.00 |
| Check Issuance – 2,000 @ $1.50 | | 3,000.00 |
| Handling Check Reissues | | 900.00 |
| Final Accounting Services | | 1,800.00 |
| Subtotal Distribution | | 8,850.00 |

**Reporting**

| | | |
|---|---:|---:|
| Report/Declaration | $ | 1,750.00 |
| Tax Compliance – 2 yrs· | | 5,000.00 |
| Subtotal Reporting | | 6,750.00 |

AMOUNT DUE                          $121,840.25