UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GRANNAN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANT LAW GROUP, P.C.,<br><br>Defendant. | Case No: CV 10-02803 HRL<br><br>**DECLARATION OF ALAN VASQUEZ OF GILARDI & CO., LLC IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT**<br><br>Magistrate Judge Howard L. Lloyd<br>Hearing Date: November 1, 2011<br>Time: 10:00 a.m.<br>Courtroom: 2 |

I, ALAN VASQUEZ, declare as follows:

1.     I am employed by Gilardi & Co., LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California.  Gilardi was appointed as the Settlement Administrator in this matter.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. I have worked with Class Counsel throughout this matter and I am familiar with all Gilardi's efforts in providing notice and handling the claims administration herein.  I am filing this declaration as required by the Court's Preliminary Approval Order setting forth our compliance with the Order in providing notice to the Class.

2.     Our office was provided a copy of the Preliminary Approval Order signed by the Court and also received copies of all the forms of Notices as approved by the Court therein. We followed that Order in providing the Notices, press release, and claims administration.

3.     On or before July 25, 2011, Gilardi received Defendant's most current  list of 137,989 company names, addresses, and phone numbers for class members in this matter in

-1-

1    electronic format.  Gilardi formatted the list for mailing purposes, added a unique identifying

2    number to each record, removed 8 duplicate records, and processed the names and addresses

3    through the National Change of Address Database to update any addresses on file with the United

4    States Postal Service ("USPS").

5          4.      On or before July 29, 2011, on behalf of the Defendant, Gilardi caused the letter

6    attached as Exhibit A to be sent to the 50 States' Attorney Generals and the office of the U.S.

7    Attorney General via U.S. Postal Service Certified Mail as required by CAFA.  In addition to the

8    letter, a cd containing the documents listed on the letter in PDF format was included in the

9    mailing to each Attorney General.  To date, Gilardi has not received any objections from any of

10   the 50 States' Attorney Generals or the U.S. Attorney General.

11         5.      In addition, there were 29,735 records received with phone number only and no

12   name and address for which we were told that the Defendant had no name or address in the

13   collection process.  A unique identifying number was added to each telephone number record for

14   the purpose of processing claims from individuals who filed claims for those numbers without an

15   address.  For the purpose of mailing the summary notice postcard, the records were removed from

16   the mailing data.

17         6.      On or before August 3, 2011, Gilardi caused a Summary Notice Postcard to be

18   printed and mailed to 108,246 names on the class list after removal of duplicate records and

19   records with telephone number only.  Gilardi delivered the Summary Notice Postcards to the

20   United States Post Office located in San Rosa, California.  A true and correct copy of the

21   Summary Notice Postcard is attached hereto as Exhibit B.

22         7.      On or about August 4, 2011, Gilardi issued a press release about the settlement as

23   agreed upon by the parties.  That press release was distributed through PR Newswire.  As a result,

24   approximately 200 media outlets picked up and published the release on their respective websites.

25   A true and correct copy of that press release along with a list of media outlets is attached hereto as

26   Exhibit C.

27         8.      On August 15, 2011, a copy of the Publication Notice was published in the

28

2

national edition of USA Today.  A true and correct copy of that published notice is attached hereto as Exhibit D.

9.       Since mailing the Notice Packets to the class members, Gilardi has received Summary Notice Postcards returned by the USPS with undeliverable addresses for 33,017 class members.  Gilardi, through a third party locator service, performed address searches for these Summary Notice Postcards and was able to find updated addresses for 12,604 of the 33,017 that were returned undeliverable.  Gilardi then re-mailed the summary postcard notice to the 12,604 class members for whom an updated address was found.

10.       On or before September 21, 2011, an Order extending the deadline for a certain limited group of persons to file claims was entered  by the Court.  That Order allowed  any potential class member whose initial notice postcard was returned undeliverable, and to whom another notice was mailed, the deadline to file a claim, object or to opt out was extended to October 15, 2011.  Notices re-mailed after the original September 16, 2011 filing deadline included the new filing deadline. There were 12,604 postcards mailed to those persons, and all of those persons had until the extended deadline of October 15, 2011 to make a claim, to opt out or to object to the settlement.

11.       On or before August 4, 2011, Gilardi developed the case dedicated website, **www.allianttcpalawsuit.com** and caused Court documents, case documents, important dates and deadlines, and frequently asked questions to be posted and available for review by the public. The website also included claims filing capability, allowing potential class members to file their respective claims online by providing their unique identifying number in conjunction with their telephone number.

12.       On or before August 3, 2011, Gilardi established a toll free telephone number (**1-877-255-9840**) that class members could call to request that a Notice be mailed to them, or request to speak to a live operator to file a claim.  English and Spanish speaking live operators are available Monday through Friday between the hours of 8:00 a.m. and 5:00 p.m. Pacific Time.  To date, Gilardi has received 2,965 calls to the toll-free line with 994 individuals filing their claims

through telephone support.

13.     The claims filing postmark deadline was on October 15, 2011 for all persons to whom the original postcard was returned and another address was located.    To date, Gilardi has received 1,981 timely claim forms (979 online, 994 through telephone support, and 8 through mail) and zero late claim forms due to the fact that the filing deadline passed only two days ago. The most recent  report of the weekly claim statistics is attached as Exhibit C.

14.      Based upon that number of claims, and based upon the settlement amount of $1,000,000, and deducting what I have been told by Class Counsel has been requested of the Court for attorneys' fees and costs, expert witness costs and costs of notice and claims administration of $387,373.14, that would leave $612,626.86 for claims distribution.  Based upon 1,981 claims submitted to date, that would result in a payment of $309.25 per claim filed. Of course, that amount may change, depending on other claims that might be submitted, and I will advise Class Counsel if any additional claims are submitted.

15.     The opt-out filing postmark deadline was on September 26, 2011.  To date, Gilardi has received one request to opt-out from an attorney representing the interests of the class member, John Zink Company.  A copy of the opt-out request received is attached as Exhibit F.

16.     The objection filing postmark deadline was on September 26, 2011.  To date, Gilardi has received zero valid objections to the Settlement, although I understand those objections were to be filed with the Court and served only on Class Counsel and Defense Counsel.  On July25, 2011, Gilardi received a letter from the law offices of Herzlich & Blum LLP stating that they represent a lien claimant in the action seeking to enforce a lien on the Class Representative's amounts to be obtained from the settlement, and were copying Gilardi on an "Objection" to the proposed Settlement. However Gilardi could not find a record in the class data for the stated lien claimant, Cardservice International, Inc.  Another  copy of the letter from Herzlich & Blum LLP was received on August 4, 2011.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed pursuant to the law of the United States this 18th day of October, 2011 at San Rafael, California.

_____
ALAN VASQUEZ

# EXHIBIT - A

LAW OFFICES OF

# DOUGLAS J. CAMPION

409 CAMINO DEL RIO SOUTH, SUITE 303

SAN DIEGO, CALIFORNIA 92108

_____

(619) 299-2091
FAX (619) 858-0034

ClassAct@Gilardi.com
Sent by USPS Certified Return Receipt

July 27, 2011

RE:     _Patrick Grannan, on behalf of himself and all others similarly situated v. Alliant Law Group, P.C._
        _Case No.: 08-CV-1012 IEG (POR) (USDC SDCal.)_
        _Class Action Settlement_

Dear Sir or Madam,

Pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715, you are hereby notified of a proposed settlement of the above-captioned class action lawsuit (the "Class Action") currently pending before the United States District Court for the Northern District of California (the "Court"). This notice is provided on behalf of the defendant in the class action. Enclosed herewith is a cd containing the documents referenced below.

1. Complaint
2. Defendant's Answer to Complaint
3. Declaration of Daniel Burke
4. Declaration of Patrick Grannan
5. Declaration of Douglas J. Campion
6. Declaration of Jeff Hansen
7. Declaration of Bruce McLeod
8. Short Form Postcard Notice
9. Long Form Notice
10. Draft Preliminary Approval Order
11. Executed Preliminary Approval Order
12. Stipulation of Settlement and Release
13. Estimated Class Member count by State

If you have any questions about this Notice, please do not hesitate to contact counsel using the information below.

Class Counsel:

Douglas J. Campion
Law Offices of Douglas J. Campion
409 Camino Del Rio S Ste 303
San Diego, CA 92108
Tel: (619) 299-2091
doug@djcampion.com

Regards,

DOUGLAS J. CAMPION

Encl.

# EXHIBIT - B

Patrick Grannan v. Alliant Law Group, PC,
Case No.: CV 10-02803 HRL
(USDC, N.D.Cal., San Jose Div.)

**THIS POSTCARD PROVIDES
LIMITED INFORMATION ABOUT
THIS SETTLEMENT.**

**Go to www.AlliantTCPAlawsuit.com
or call 1-877-255-9840
for additional information.**

**Para ver este aviso en español, visite
www.AlliantTCPAlawsuit.com.**

**DO NOT DISCARD THIS
POSTCARD. YOU WILL NEED IT
TO FILE YOUR CLAIM.**

**ALINT1**

Alliant Settlement
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 808061
Petaluma, CA 94975-8061


Postal Service: Please Do Not Mark Barcode

<<BarDisplay>>>

<<First Name>> <<Last Name>>
<<Address>>
<<City>>, <<St>> <<Zip>>

You received this card because Alliant Law Group, PC's ("Alliant") records indicate you were called by them on your cell phone allegedly in violation of the Telephone Consumer Protection Act ("TCPA") and as a result, you are entitled to a cash payment. Alliant made such calls as a debt collector. Your rights may be affected by a proposed class action Settlement of similar claims against Alliant. If the Court approves the Settlement in its Final Approval Hearing, the Settlement would resolve a lawsuit in which plaintiff alleges that Alliant called persons on their cell phones in violation of the TCPA by using an autodialer or by a prerecorded voice message, without the prior express consent of the person called. Plaintiff brought this suit on his own behalf and on behalf of all 137,981 persons Alliant called on their cell phones after June 25, 2006 in that manner without their prior express consent (the "Settlement Class"). Alliant denies the allegations. This is a summary; for the full terms of the settlement, go to www.AlliantTCPAlawsuit.com.

To settle this lawsuit, Alliant has agreed to pay a maximum of $1,000,000 (one million dollars) into a Common Fund. The amount remaining in the Common Fund after deducting all attorneys' fees and costs of litigation, an incentive award to Plaintiff, all related costs of notice and claims administration and all other case-related expenses, is the Claims Fund. That Claims Fund will be distributed equally to all Settlement Class members that submit valid claims. Any person in the Settlement Class that submits a valid claim **by September 16, 2011** will receive a cash amount in settlement of the case. The amount paid to each person for their claim will depend on the total amount of claims submitted because the Claims Fund will be divided on a pro rata basis, with each person submitting a valid claim receiving an equal amount of the Claims Fund.

The Settlement will release all claims that the Settlement Class Members may have against Alliant for claims related to being called on their cell phones in violation of the TCPA in the period June 25, 2006 to June 22, 2011, if they are in the group of 137,981 Settlement Class Members, unless the individual excludes him/herself from the Settlement.

To receive a settlement payment under the Settlement, you must do any one of the following three options **no later than September 16, 2011:**
   1. Call Gilardi & Co. LLC, the Claims Administrator at 1-877-255-9840, or
   2. Submit a claim on the Claims Administrator's website www.AlliantTCPAlawsuit.com; or
   3. Mail a completed claim to the Alliant Settlement Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 808061, Petaluma, CA 94975-8061.

In each option, you must provide your name and current mailing address for mailing the payment. In case of conflicting identities that do not match our data, you may be required to provide other identifying information such as a prior address we have on record, the cell phone number called or other information the Claims Administrator may require. In the limited number of cases where the name of the owner of the cell phone called by Alliant is unknown, and your name is not on the list of cell phone owners but you believe you were called by Alliant since June 25, 2006, you will be required to provide your cell phone number that was called by Alliant in order to submit a claim.

ANY IDENTIFYING INFORMATION PROVIDED TO THE CLAIMS ADMINISTRATOR WILL NOT BE PROVIDED TO THE DEBT COLLECTOR ALLIANT, AS PROVIDED IN THE COURT ORDER APPROVING THE SETTLEMENT AGREEMENT'S TERMS.

You may obtain complete information about the Settlement (including a Long Form Notice about the Settlement) and information about deadlines, by visiting the Gilardi & Co. LLC website set forth above. They will send you a Long Form Notice if you call them at their above number or write to them at the above address.

**IF YOU DO NOT WISH TO BE PART OF, OR IF YOU WISH TO OBJECT TO, THIS SETTLEMENT**, you may exclude yourself or file an objection with the Court by no later than September 26, 2011. Please read the Long Form Notice for complete instructions on objecting to or excluding yourself from the Settlement.

The Court, located at 280 South 1st Street, San Jose, CA 95113, will conduct a hearing on whether to approve the Settlement, and if so, will determine what fees and expenses should be awarded to class counsel, and whether a $5,000 incentive payment should be paid to the plaintiff. The attorneys are seeking to be paid from the Common Fund attorney fees not to exceed $250,000 and litigation expenses of no more than $30,000 and the expenses for notice and claims administration in an amount not expected to exceed $150,000. The hearing is presently scheduled for November 1, 2011, but may be changed. Any Settlement Class Member may enter an appearance with the Court through an attorney. If you have already submitted a claim or excluded yourself from the Settlement, you need not take any further action.

**Go to www.AlliantTCPAlawsuit.com or call 1-877-255-9840 for additional information.**
**Para ver este aviso en español, visite www.AlliantTCPAlawsuit.com.**

# EXHIBIT - C

PR NEWSWIRE
August 3, 2011

**SECTION:**    **United States – Legal**

**LENGTH:**    **376 WORDS**

**DATELINE CITY: San Diego, CA**

**SOURCE:**    **Gilardi & Co. LLC**
                **(877) 255-9840**

**HEADLINE: The Law Offices of Douglas J. Campion Announces Preliminary Approval of Class Action Lawsuit**

The following statement has been issued by The Law Offices of Douglas J. Campion about the preliminary approval by the Court in the Northern District of California of a settlement of a class action lawsuit involving calls to cell phones.

On June 22, 2011, the Court preliminarily approved a class action settlement in the matter of *Patrick Grannan v. Alliant Law Group, PC*, Case No. CV 10-02803 HRL. The settlement resolves a lawsuit in which Plaintiff Patrick Grannan sued Alliant Law Group, PC ("Alliant") for allegedly violating the Telephone Consumer Protection Act (TCPA) by calling people on their cellular telephones without their prior express consent, either with an automatic telephone dialing system or by a prerecorded voice message between June 25, 2006 and June 22, 2011 (the "Class Period").

Without admitting liability, Alliant has agreed to settle Plaintiff's Lawsuit by agreeing to pay the sum of $1,000,000.00 (the "Common Fund") for full settlement of all claims for the calls made by Alliant to the 137,981 unique cell phone numbers Alliant called in the Class Period, including all related costs and attorneys' fees.

If you were the owner of one of the cell phones whose number is on the list of 137,981 cell phone numbers called by Alliant during the Class Period, you are member of the Class in this matter and may have the right to make a claim. Please go to **www.alliantTCPAlawsuit.com** or call the claims administrator at 1-877-255-9840 for more details. If you are a Class Member, you may either file a claim, exclude yourself from the lawsuit, or object to the settlement.

This is only a summary of the terms of the proposed settlement. A Summary Notice has been mailed to Class Members. Also, please see the Long Form Notice, available on the "Case Documents" page of the website, **www.alliantTCPAlawsuit.com**, for more details regarding the lawsuit, class membership, and the legal rights and options available to you if you are a Class Member.

The Law Offices of Douglas J. Campion represents consumers in TCPA and other consumer cases and employees in employment cases. The office is located at 409 Camino Del Rio South, Suite 303, San Diego, California 92018.

A24Media - Africa's Voice
http://www.a24media.com/index.php/prnewswire/?prnewsid=201108052104PR_NEWS_USPR_____SF48437

AlipesNews
http://www.alipesnews.com/Public/ArchiveStory.aspx?id=3659078657658941&languageId=4000

Ask the Experts
http://www.asktheexperts.org.uk/prnewswire/?prnewsid=201108052104PR_NEWS_USPR_____SF48437

Association of Energy Engineers
http://www.aeecenter.org/i4a/pages/index.cfm?pageid&prnewsid=201108052104PR_NEWS_USPR_____SF48437

Asturi.as
http://en.asturi.as/noticias/81850/law_offices_of_douglas_j_campion_announces_preliminary_approval_proposed_class_acti
on/

Austin American-Statesman (Austin, TX)
http://www.mediawebsite.net/ausas/story/?catSetID=&catID=&nrid=126870838&page=1

Biz Daily (Singapore)
http://bizdaily.com.sg/prnewswire/?prnewsid=201108052104PR_NEWS_USPR_____SF48437

Bizjournals.com, Inc.
http://www.bizjournals.com/prnewswire/press_releases/2011/08/05/SF48437

Boom! Magazine
http://www.boomonline.com/prnewswire_news/37634/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-
proposed-class-action-settlement

Bradenton Herald (Bradenton, FL)
http://www.bradenton.com/2011/08/05/3402076/the-law-offices-of-douglas-j-campion.html

Breitbart.com
http://www.breitbart.com/article.php?id=xprnw.20110805.SF48437&show_article=1

Consumer Electronics Net
http://www.consumerelectronicsnet.com/article/The-Law-Offices-of-Douglas-J-Campion-Announces-Preliminary-Approval-of-
Proposed-Class-Action-Settlement-1622502

CRN
http://www.mediawebsite.net/cmpch/story/?catSetID=7007&catID=291277&nrid=126870838&page=1

Digital Media Online, Inc.
http://dmnnewswire.digitalmedianet.com/article/The-Law-Offices-of-Douglas-J-Campion-Announces-Preliminary-Approval-of-
Proposed-Class-Action-Settlement-1622502

Distinctly Diva Beauty Network
http://www.theddbn.com/prnewswire/?prnewsid=201108052104PR_NEWS_USPR_____SF48437

Edinburgh Days Out
http://www.edinburghdaysout.com/prnewswire/?prnewsid=201108052104PR_NEWS_USPR_____SF48437

EIN Presswire
http://www.einpresswire.com/article/499322-the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-
proposed-class-action-settlement

El Semanario (Denver)
http://www.elsemanario.net/prnewswire_news/37634/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-
proposed-class-action-settlement

EnergyVortex.com
http://www.energyvortex.com/pages/index.cfm?pageid&prnewsid=201108052104PR_NEWS_USPR_____SF48437

European Business Express
http://www.europeanbusinessexpress.com/prnewswire/?prnewsid=201108052104PR_NEWS_USPR_____SF48437

Extra Chicago
http://www.extranews.net/prnewswire_news/37634/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

FinanzNachrichten.de (ABC New Media AG)
http://www.finanznachrichten.de/nachrichten-2011-08/21003578-the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement-008.htm

Foreclosures Evictions and You
http://zingervotes.blogspot.com/p/news-landing-page.html?prnewsid=201108052104PR_NEWS_USPR_____SF48437

FreshNews - Daily California Tech News
http://www.freshnews.com/news/531319/the-law-offices-douglas-j-campion-announces-preliminary-approval-proposed-class-action-

Global Investor
http://www.globalinvestor.com/index.cfm/fuseaction/news.showItem/newsID/159392

GlobeSt.com
http://www.globest.com/prnewswire/story.html?prnewsid=201108052104PR_NEWS_USPR_____SF48437

HalEisner.com
http://www.mediawebsite.net/hale/story/?catSetID=7007&catID=291277&nrid=126870838&page=1

Hispano de Tulsa
http://www.hispanodetulsa.com/prnewswire_news/37634/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

Hola Arkansas!
http://www.hola-arkansas.com/prnewswire_news/37634/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

Human Rights Today
http://humanrights.einnews.com/pr-news/499322-the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

Interest!ALERT
http://interestalert.com/story/08050000aaa0563b.prn/siteia/CALIFORN/california.html

istockanalyst
www.istockanalyst.com/business/news/5341613/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

IT Industry Today
http://it.einnews.com/pr-news/499322-the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KAIT ABC-8 (Jonesboro, AR)
http://www.kait8.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KALB-TV CBS-2 / NBC-5 (Alexandria, LA)
http://www.kalb.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KATV-TV ABC-7 (Little Rock, AR)

http://www.katv.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KAUZ-TV CBS-6 (Wichita Falls, TX)
http://www.newschannel6now.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KAZT IND-7 (Phoenix/Prescott, AZ)
http://www.arizonasown.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KBMT-TV ABC-12 (Beaumont, TX)
http://www.12newsnow.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KCAU ABC-9 (Sioux City, IA)
http://www.kcautv.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KCBA-TV FOX-35 (Salinas, CA)
http://www.kcba.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KCBD NBC-11 (Lubbock, TX)
http://www.kcbd.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KCEN-TV NBC-9 (Temple, TX)
http://www.centraltexasnow.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KCOY CBS-12 (Santa Maria, CA)
http://www.kcoy.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KDUH-TV ABC-3 (Scottsbluff, NE)
http://www.kotanow.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KFJX-TV FOX-14 (Pittsburg, KS)
http://www.fox14tv.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KFMB 100.7 Jack-FM (San Diego, CA)
http://www.sandiegojack.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KFMB 760-AM (San Diego, CA)
http://www.760kfmb.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KFRE-TV CW-59 (Fresno, CA)
http://www.kmph-kfre.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KFVE MyNetworkTV-5 (Honolulu, HI)
http://www.k5thehometeam.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KFVS CBS-12 (Cape Girardeau, MO)
http://www.kfvs12.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KGUN ABC-9 (Tucson, AZ)

http://www.kgun9.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KHNL-TV NBC-8 (Honolulu, HI)
http://www.hawaiinewsnow.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KHQ-TV NBC-6 (Spokane, WA)
http://www.khq.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KING-TV NBC-5 (Seattle, WA)
http://www.mediawebsite.net/king5/story/?catSetID=&catID=&nrid=126870838&page=1

KION CBS-46 (Salinas, CA)
http://www.kionrightnow.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KIVI-TV ABC-6 (Boise, ID)
http://www.kivitv.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KKFX FOX-11 (Santa Maria, CA)
http://www.myfox11.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KLFY CBS-10 (Lafayette, LA)
http://www.klfy.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KLKN ABC-8 (Lincoln, NE)
http://www.klkntv.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KLTV ABC-7 (Tyler, TX)
http://www.kltv.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KMEG-TV CBS-14 (Sioux City, IA)
http://www.kmeg.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KMIR NBC-6 (Palm Desert, CA)
http://www.kmir6.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KMPH-TV FOX-26 (Fresno, CA)
http://www.kmph.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KMTV-TV CBS-3 (Omaha, NE)
http://www.action3news.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KNDO-TV NBC-3 (Yakima, WA)
http://www.kndo.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KNDU-TV NBC (Kennewick, WA)
http://www.kndu.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KNOE-TV CBS-8 (Monroe, LA)
http://www.knoe.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KOLD CBS-13 (Tucson, AZ)
http://www.kold.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KOTA ABC-3 (Rapid City, SD)
http://www.kotatv.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KOTV-TV CBS-6 (Tulsa, OK)
http://www.newson6.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KPLC NBC-7 (Lake Charles-Lafayette, LA)
http://www.kplctv.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KPTH-TV FOX-44 (Dakota Dunes, SD)
http://www.kpth.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KPTM-TV FOX-42 (Omaha, NE)
http://www.kptm.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KQCW CW-12/19 (Tulsa, OK)
http://www.tulsacw.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KRHD-TV ABC-40 (Bryan-College Station, TX)
http://www.abc40.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KSAW-TV ABC-51 (Twin Falls, ID)
http://www.ksawtv.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KSFY-TV ABC-13 (Sioux Falls, SD)
http://www.ksfy.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KSLA CBS-12 (Shreveport, LA)
http://www.ksla.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KSTC-TV IND-45 (Saint Paul, MN)
http://lifestyle.kstc45.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KSTP-TV ABC-5 (Saint Paul, MN)
http://lifestyle.kstp.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KSWO-TV ABC-7 (Lawton, OK)
http://www.kswo.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KSWT-TV CBS-13 (Yuma, AZ)
http://www.kswt.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KTEN NBC-10 (Denison, TX)
http://www.kten.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KTIV NBC-4 (Sioux City, IA)
http://www.ktiv.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KTNV-TV ABC-13 (Las Vegas, NV)
http://www.ktnv.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KTRE ABC-9 (Lufkin, TX)
http://www.ktre.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KTRV-TV FOX-12 (Nampa, ID)
http://www.fox12idaho.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KTTC NBC-10 (Rochester, MN)
http://www.kttc.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KTUL-TV ABC-8 (Tulsa, OK)
http://www.ktul.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KTVG-TV FOX-17 / KSNB-TV FOX-4 (Kearney, NE)
http://www.foxnebraska.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KTVN-TV CBS-2 (Reno, NV)
http://www.ktvn.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KUAM-TV NBC-8 / CBS-11 (Hagatna, Guam)
http://www.kuam.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KWES-TV NBC-9 (Midland, TX)
http://www.newswest9.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KWQC NBC-6 (Davenport, IA)
http://www.kwqc.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KWTV-TV CBS-9 (Oklahoma City, OK)
http://www.news9.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KWWL-TV NBC-7 (Waterloo, IA)
http://www.kwwl.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KXJB-TV CBS-4 / KVLY-TV NBC-11 (Fargo, ND)
http://www.valleynewslive.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KXLT FOX-47 (Rochester, MN)
http://www.myfox47.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KXVO-TV CW-15 (Omaha, NE)
http://www.kxvo.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

KXXV-TV ABC-25 (Waco, TX)

http://www.kxxv.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

La Prensa de Minnesota
http://www.laprensademn.com/prnewswire_news/37634/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

La Voz de Dalton (Dalton, GA)
http://www.lavozgroup.com/prnewswire_news/37634/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

Las Vegas Business Press
http://www.mediawebsite.net/lvbp/story/?catSetID=&catID=&nrid=126870838&page=1

Latin Heat
http://www.latinheat.com/prnewswire_news/37634/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

Manchester Matters
http://www.manchestermatters.co.uk/httpwwwmanchestermatterscoukprnewswire.html?prnewsid=201108052104PR_NEWS_USPR_____SF48437

MarketWatch
http://www.marketwatch.com/story/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement-2011-08-05

Mega News Network: Legal
http://interestalert.com/story/08050000aaa0563b.prn/mnnlegal/LEGALLAW/legal_and

Money Control (India)
http://www.moneycontrol.com/prnewswire/?prnewsid=201108052104PR_NEWS_USPR_____SF48437

MTBeurope - Technology for Healthcare
http://www.mtbeurope.info/prnewswire.html?prnewsid=201108052104PR_NEWS_USPR_____SF48437

NebraskaTV (Kearney, NE)
http://www.nebraska.tv/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

News Blaze
http://newsblaze.com/story/2011080518050200002.pnw/topstory.html

Phones @ ConsumerElectronicsNet.com
http://phones.consumerelectronicsnet.com/article/The-Law-Offices-of-Douglas-J-Campion-Announces-Preliminary-Approval-of-Proposed-Class-Action-Settlement-1622502

Portaltele (Ukrainian Telecommunications Portal)
http://portaltele.com.ua/index.php?option=com_content&view=category&layout=blog&id=40&Itemid=48201108052104PR_NEWS_USPR_____SF48437

PR Newswire
http://www.prnewswire.com/news-releases/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement-126870838.html

Pressweb.cz
http://www.pressweb.cz/syndicated-news-pr-newswire?prnewsid=201108052104PR_NEWS_USPR_____SF48437

R-Global
http://www.r-global.com/index.cfm?fuseaction=content.articleView&newsUUID=1E490C0D-9B03-3050-00BA605962B9E1F4

Reuters
http://www.reuters.com/article/2011/08/06/idUS15062+06-Aug-2011+PRN20110806

Salinas Californian (Salinas, CA)
http://www.mediawebsite.net/thecal/story/?catSetID=&catID=&nrid=126870838&page=1

Sharemaster India
http://www.sharemasterindia.com/prnewswire.html?prnewsid=201108052104PR_NEWS_USPR_____SF48437

SilversurferToday
http://www.silversurfertoday.co.uk/prnewswire/?prnewsid=201108052104PR_NEWS_USPR_____SF48437

SYS-CON Media
http://www.sys-con.com/node/1936156

Technology News @ TMCnet
http://technews.tmcnet.com/news/2011/08/05/5687162.htm

Technology News Reports
http://www.technology-news-reports.com/news/48837-the-law-offices-of-douglas-j.html

Technology Today
http://tech.einnews.com/pr-news/499322-the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

TecTrends
http://www.tectrends.com/tectrends/news/urn:newsml:prnewswire.com:20110805:SF48437:1.html

The Bilingual News
http://www.thebilingualnews.com/prnewswire_news/37634/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

The News Grama (Eagle Pass, TX)
http://www.thenewsgramonline.net/prnewswire_news/37634/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

The Sacramento Bee
http://www.sacbee.com/2011/08/05/3820065/the-law-offices-of-douglas-j-campion.html

TheStreet.com
http://www.thestreet.com/story/11212441/1/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement.html

thestreet.com
www.thestreet.com/story/11212441/1/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement.html

Ticker Technologies
http://www.tickertech.com/cgi/?a=news&ticker=a&w=&story=201108201108052104PR_NEWS_USPR_____SF48437

Times Leader (Wilkes-Barre, PA)
http://www.mediawebsite.net/patl/story/?catSetID=&catID=&nrid=126870838&page=1

WAFB CBS-9 (Baton Rouge, LA)
http://www.wafb.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WAFF NBC-48 (Huntsville, AL)
http://www.waff.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WALB NBC-10 (Albany, GA)
http://www.walb.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WAND-TV NBC-17 (Decatur, IL)
http://www.wandtv.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WAOW-TV ABC-9 / WYOW-TV CW-34 (Wausau, WI)
http://www.waow.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WBAY ABC-2 (Green Bay, WI)
http://www.wbay.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WBCB-TV CW-21 (Youngstown, OH)
http://www.wbcb.tv/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WBMA-TV ABC-33 / ABC-40 (Birmingham, AL)
http://www.abc3340.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WBOC CBS-16 (Salisbury, MD)
http://www.wboc.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WBRC-TV FOX-6 MyFox Birmingham (Birmingham, AL)
http://www.myfoxal.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WBTV CBS-3 (Charlotte, NC)
http://www.wbtv.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WCAX CBS-3 (Burlington, VT)
http://www.wcax.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WCIV-TV ABC-4 (Charleston, SC)
http://www.abcnews4.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WCSC CBS-5 (Charleston, SC)
http://www.live5news.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WCWG-TV CW-20 (Greensboro, NC)
http://www.wcwg20.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WDAM NBC-7 (Hattiesburg-Laurel, MS)
http://www.wdam.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WDRB FOX-41 (Louisville, KY)
http://www.fox41.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WECT NBC-6 (Wilmington, NC)
http://www.wect.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WEHT-TV ABC-25 (Evansville, IN)
http://www.news25.us/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WFFF-TV FOX-44 (Colchester, VT)

http://www.fox44now.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WFLX FOX-29 (West Palm Beach, FL)
http://www.wflx.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WFMJ-TV NBC-21 (Youngstown, OH)
http://www.wfmj.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WFMZ-TV Channel 69 Allentown, PA
http://www.wfmz.com/prnewswire/?prnewsid=201108052104PR_NEWS_USPR_____SF48437

WFTX-TV FOX-4 (Cape Coral, FL)
http://www.fox4now.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WFXG-TV FOX-54 (Augusta, GA)
http://www.wfxg.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WGBA NBC-26 (Green Bay, WI)
http://www.nbc26.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WGEM-TV NBC-10 (Quincy, IL)
http://www.wgem.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WGFL-TV CBS-4 (Gainesville, FL)
http://www.mygtn.tv/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WGGB-TV FOX-6 / ABC-40 (Springfield, MA)
http://www.wggb.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WHBF CBS-4 (Rock Island, IL)
http://www.whbf.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WHTM-TV ABC-27 (Harrisburg, PA)
http://www.abc27.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WISTV NBC-10 (Columbia, SC)
http://www.wistv.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WKBT-TV CBS-8 (La Crosse, WI)
http://www.wkbt.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WKOW-TV ABC-27 (Madison, WI)
http://www.wkow.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WKRN ABC-2 (Nashville, TN)
http://www.wkrn.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WLBT NBC-3 (Jackson, MS)
http://www.wlbt.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WLNE-TV ABC-6 (Providence, RI)
http://ww.abc6.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WLNS CBS-6 (Lansing, MI)
http://www.wlns.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WLOX ABC-13 (Biloxi, MS)
http://www.wlox.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WMC NBC-5 (Memphis, TN)
http://www.wmctv.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WOI ABC-5 (West Des Moines, IA)
http://www.myabc5.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WOIO CBS-19 (Cleveland, OH)
http://www.19actionnews.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

Worcester Telegram & Gazette
http://www.mediawebsite.net/wortel/story/?catSetID=&catID=&nrid=126870838&page=1

WQOW-TV ABC-18 (Eau Claire, WI)
http://www.wqow.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WRCB-TV NBC-3 (Chattanooga, TN)
http://www.wrcbtv.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WREX-TV NBC-13 (Rockford, IL)
http://www.wrex.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WRIC ABC-8 (Richmond, VA)
http://www.wric.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WSET-TV ABC-13 (Lynchburg, VA)
http://www.wset.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WSFA NBC-12 (Montgomery, AL)
http://www.wsfa.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WSFX-TV FOX-26 (Wilmington, NC)
http://www.wsfx.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WSJV-TV FOX-28 (South Bend, IN)
http://www.fox28.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WSYM-TV FOX-47 (Lansing, MI)
http://www.fox47news.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WTEN ABC-10 (Albany, NY)

http://www.wten.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WTNZ FOX-43 (Knoxville, TN)
http://www.wtnzfox43.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WTOC CBS-11 (Savannah, GA)
http://www.wtoc.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WTVF-TV CBS-5 (Nashville, TN)
http://www.newschannel5.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WTVM ABC-9 (Columbus, GA)
http://www.wtvm.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WUPV-TV CW-65 (Ashland, VA)
http://www.cwrichmond.tv/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WVNY-TV ABC-22 (Colchester, VT)
http://www.abc22.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WWBT NBC-12 (Richmond, VA)
http://www.nbc12.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WXIX FOX-19 (Cincinnati, OH)
http://www.fox19.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WXOW ABC-19 (La Crosse, WI)
http://www.wxow.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WXTX-TV FOX-54 (Columbus, GA)
http://www.wxtx.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

WXVT-TV CBS-15 (Greenville, MS)
http://www.wxvt.com/story/15220138/the-law-offices-of-douglas-j-campion-announces-preliminary-approval-of-proposed-class-action-settlement

Yahoo!
http://finance.yahoo.com/news/The-Law-Offices-of-Douglas-J-prnews-1044074236.html;_ylt=Am03T.cZx02MUc6yqCxjiwKscq9_;_ylu=X3oDMTFkOTB2YnYwBHBvcwMzBHNlYwNuZXdzSHViQXJ0aWNsZUxppc3QEc2xrA3RoZWxhd29mZmljZQ--?x=0

Yahoo! Canada
http://ca.finance.yahoo.com/news/The-Law-Offices-of-Douglas-J-prnews-1044074236.html;_ylt=Amq_a4WBPCn.9ARQc26FkYTJzJpG;_ylu=X3oDMTFlbTBqazNjBHBvcwMyMARzZWMDbmV3c0h1YkFydGljbGVMaXN0BHNsawN0aGVsYXdvZmZpY2U-?x=0

ZeeNews (India)
http://www.zeenews.com/prnewsdetails.aspx?prnewsid=201108052104PR_NEWS_USPR_____SF48437

# EXHIBIT - D

**TO: All 137,981 Persons in the United States that were called on their cellular phones by debt collector Alliant Law Group, PC ("Alliant") at any time between June 25, 2006 and June 22, 2011:**

On June 22, 2011, the Court preliminarily approved a class action settlement in the matter of Patrick Grannan v. Alliant Law Group, PC, Case No. CV 10-02803 HRL. The Settlement resolves a lawsuit in which Plaintiff Patrick Grannan sued Alliant Law Group, PC ("Alliant") for allegedly violating the Telephone Consumer Protection Act (TCPA) by calling people on their cellular telephones without their prior express consent, either with an automatic telephone dialing system or by a prerecorded voice message between June 25, 2006 and June 22, 2011 (the "Class Period").

Without admitting liability, Alliant has agreed to settle Plaintiff's Lawsuit by agreeing to pay the sum of $1,000,000.00 (the "Common Fund") for full settlement of all claims for the calls made by Alliant to the 137,981 unique cell phone numbers Alliant called in the Class Period, including all related costs and attorneys' fees.

The Court will hold a hearing (the "Fairness Hearing") to determine whether the proposed Settlement is fair, reasonable, and adequate. The Fairness Hearing is currently scheduled for November 1, 2011 at 10:00 a.m. at the U.S. District Court, Northern District of California, San Jose Division, 280 South 1st Street, San Jose, California, 95113 before the Honorable Howard R. Lloyd, U.S. Magistrate Judge, Courtroom 2.

If you were the owner of one of the cell phones whose number is on the list of 137,981 cell phone numbers called by Alliant during the Class Period, you are member of the Class in this matter and may have the right to make a claim. Please go to www.alliantTCPAlawsuit.com or call the claims administrator at 1-877-255-9840 for more details.

Some Class Members may not know of or remember the call from Alliant. However, all 137,981 cell phone numbers that Alliant called during the Class Period are included in the Claims Administrator's data, and you may call the Administrator at the number below to inquire if you are a member of the Class in this Settlement.

If you are a Class Member, you have the following legal rights and options:

1. File a claim for payment online, by phone or by mail by no later than September 16, 2011.
2. Object to or exclude yourself from the Settlement by no later than September 26, 2011.
3. Ask to speak in Court about the fairness of the Settlement by filing a Notice of Appearance by no later than September 26, 2011.

This is only a summary of the terms of the proposed settlement. A Summary Notice has been mailed to Class Members. Also, please see the Long Form Notice, available on the "Case Documents" page of the website, www.alliantTCPAlawsuit.com, for more details regarding the lawsuit, class membership, and full instructions for exercising each of the legal rights and options available to you as a Class Member.

**For more information, visit www.alliantTCPAlawsuit.com or call 1-877-255-9840.**

when she first signed up for the site, I thought it was OK."

Sweet has an ad-blocker app on her browser. These movie ads are woven into the site content in such a way that her daughter sees – and responds to them – anyway, she says.

"We occasionally introduce limited-time promotions so that our Webkinz World members can enjoy fun, unique activities and events," says Susan McVeigh, a Ganz spokeswoman, in an e-mail.

But Elizabeth Sweet isn't the only parent who's unhappy with how and what Webkinz markets to kids.

Last month, Christina Cunningham, a full-time mother from Port St. Lucie, Fla., happened to look over as two of her daughters – ages 9 and 7 – were signing onto the Webkinz website. On the log-in screen, an ad flashed for BabyPictureMaker.com, which nudges consumers to download pictures of two people – promising to send back a picture of what a baby they might have together would look like.

"This is not acceptable," says Cunningham, who shooed her kids away from the site and fired

don into the matter and take the appropriate steps," spokeswoman McVeigh assured the group in a letter.

## The fast-food connection

Webkinz declined to share the outcome of this investigation with USA TODAY – nor would it explain how the ad got on the site. "We're fully committed to a responsible approach regarding advertising and the advertisers we allow on the site," says McVeigh, in an e-mail.

. But in the eyes of some parents, no one goes more over the top in marketing to kids than the big food sellers – particularly sellers of high-sugar cereals and high-fat, high-calorie fast food.

That's one reason the Obama administration is proposing that foodmakers adopt voluntary limits on the way they market to kids.

These proposed voluntary guidelines, to be written by a team from four federal agencies, have set the food and ad industries howling – even before they've been completed.

"I can't imagine any mom in America who thinks stripping tigers and toucans off cereal boxes will do anything to address obesity," said Scott Faber, a

ing," he says. "So, to have this clown get a new generation hooked on a bad product just isn't right."

Because of the obesity, heart disease and food-related illnesses fed partly by savvy food marketers such as McDonald's, Altman says, "We have a generation of children that is first to have a life expectancy less than its parents."

Plenty of others think as Altman does, even though Ronald is regularly used to promote Ronald McDonald House Charities. Ronald also shows up in schools. He's got his own website, Ronald.com, where the clown promises that kids can "learn, play and create while having fun." And he's the focal point of a new social-media campaign that nudges kids to download their own photos with images of Ronald and share them with friends.

More than 1,000 doctors, including Altman, recently signed a petition that asked McDonald's to stop using Ronald to market to kids. "People have a right to sell and advertise," he says. "But where do we draw the line?"

McDonald's – which recently announced it will modify its

Legal Notice    UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA    Legal Notice

**TO: All 137,981 Persons in the United States that were called on their cellular phones by debt collector Alliant Law Group, PC ("Alliant") at any time between June 25, 2006 and June 22, 2011:**

On June 22, 2011, the Court preliminarily approved a class action settlement in the matter of Patrick Grannan v. Alliant Law Group, PC, Case No. CV 10-02803 HRL. The Settlement resolves a lawsuit in which Plaintiff Patrick Grannan sued Alliant Law Group, PC ("Alliant") for allegedly violating the Telephone Consumer Protection Act (TCPA) by calling people on their cellular telephones without their prior express consent, either with an automatic telephone dialing system or by a prerecorded voice message between June 25, 2006 and June 22, 2011 (the "Class Period").

Without admitting liability, Alliant has agreed to settle Plaintiff's Lawsuit by agreeing to pay the sum of $1,000,000.00 (the "Common Fund") for full settlement of all claims for the calls made by Alliant to the 137,981 unique cell phone numbers Alliant called in the Class Period, including all related costs and attorneys' fees.

The Court will hold a hearing (the "Fairness Hearing") to determine whether the proposed Settlement is fair, reasonable, and adequate. The Fairness Hearing is currently scheduled for November 1, 2011 at 10:00 a.m. at the U.S. District Court, Northern District of California, San Jose Division, 280 South 1st Street, San Jose, California, 95113 before the Honorable Howard R. Lloyd, U.S. Magistrate Judge, Courtroom 2.

If you were the owner of one of the cell phones whose number is on the list of 137,981 cell phone numbers called by Alliant during the Class Period, you are member of the Class in this matter and may have the right to make a claim. Please go to www.alliantTCPAlawsuit.com or call the claims administrator at 1-877-255-9840 for more details.

Some Class Members may not know of or remember the call from Alliant. However, all 137,981 cell phone numbers that Alliant called during the Class Period are included in the Claims Administrator's data, and you may call the Administrator at the number below to inquire if you are a member of the Class in this Settlement.

If you are a Class Member, you have the following legal rights and options:
1. File a claim for payment online, by phone or by mail by no later than September 16, 2011.
2. Object to or exclude yourself from the Settlement by no later than September 26, 2011.
3. Ask to speak in Court about the fairness of the Settlement by filing a Notice of Appearance by no later than September 26, 2011.

This is only a summary of the terms of the proposed settlement. A Summary Notice has been mailed to Class Members. Also, please see the Long Form Notice, available on the "Case Documents" page of the website, www.alliantTCPAlawsuit.com, for more details regarding the lawsuit, class membership, and full instructions for exercising each of the legal rights and options available to you as a Class Member.

**For more information, visit www.alliantTCPAlawsuit.com or call 1-877-255-9840.**



7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400

GANNETT

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Oxana Harris says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Monday, August 15, 2011** the following legal advertisement – **GRANNAN V. ALLIANT LAW GROUP, PC** – was published in the national edition of **USA TODAY.**

Principal Clerk of USA TODAY
August 15, 2011

This 15th day of August month 2011 year.


Notary Public

ANTOINETTE MICHELLE CHASE
NOTARY PUBLIC
REGISTRATION # 7325787
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
JANUARY 31, 2014

# EXHIBIT - E



3301 Kerner Blvd
San Rafael, CA 94901

Case Administration Statistics - **CONFIDENTIAL**
Case Name - ***Grannan v. Alliant Law Group***

| | | | |
|---|---|---|---|
| Case Manager: | Alan Vasquez | Mailing Date: | 8/3/2011 |
| Direct Telephone: | 415-458-3021 | Filing Deadline: | 9/16/2011 |
| Facsimile: | 415-256-9756 | Opt-Out Deadline: | 9/26/2011 |
| Email: | alan.vasquez@gilardi.com | Objection Deadline: | 9/26/2011 |
| | | Initial Mail Volume: | 108,246 |

**Plaintiffs Counsel**
Douglas J. Campion
**Law Offices of Douglas J. Campion**

**Defense Counsel**
Bruce D. MacLeod, Esq.
**Willoughby, Stuart & Bening, Inc.**

| | NOTIFICATION MAILINGS | | | CALLS | OPT-OUTS RECEIVED | CLAIMS FILED | | | |
|---|---|---|---|---|---|---|---|---|---|
| Period Ending: | Notice Packets Mailed | RUM [1] | Remails [2] | Number of Calls Rec'd | Valid | Online | Phone | USPS Mail | Total Claims Filed |
| 8/5/2011 | 108,246 | 31 | 0 | 137 | 0 | 0* | 125 | 0 | 125 |
| 8/12/2011 | 0 | 1980 | 615 | 471 | 0 | 505 | 361 | 1 | 867 |
| 8/19/2011 | 0 | 497 | 767 | 170 | 0 | 101 | 131 | 1 | 233 |
| 8/26/2011 | 0 | 5256 | 1327 | 83 | 0 | 66 | 72 | 0 | 138 |
| 9/2/2011 | 0 | 1219 | 981 | 92 | 0 | 64 | 60 | 0 | 124 |
| 9/9/2011 | 0 | 567 | 189 | 36 | 0 | 59 | 38 | 0 | 97 |
| 9/16/2011 | 0 | 88 | 41 | 101 | 0 | 106 | 77 | 2 | 185 |
| 9/23/2011 | 0 | 23071 | 8 | 32 | 0 | 26 | 4 | 1 | 31 |
| 9/30/2011 | 0 | 103 | 8574 | 17 | 0 | 6 | 25 | 0 | 31 |
| 10/7/2011 | 0 | 143 | 102 | 97 | 0 | 39 | 87 | 3 | 129 |
| 10/14/2011 | 0 | 62 | 0 | 1724 | 0 | 6 | 9 | 0 | 15 |
| 10/16/2011 | 0 | 0 | 0 | 5 | 0 | 1 | 5 | 0 | 6 |
| **TOTAL:** | 108,246 | 33,017 | 12,604 | 2,965 | 0 | 979 | 994 | 8 | 1,981 |

**Notes**

[1] RUM is an acronym for Returned Undeliverable Mail indicating mail returned by the United States Postal Service (USPS).

[2] Remails are RUM returned with a forwarding address from the USPS which are remailed to the new address.

* Web Claim Data will not be available until during the second week of claims filing.

# EXHIBIT - F



**KOCH CHEMICAL TECHNOLOGY GROUP LLC**

1055437-8

From the Office of the General Counsel
Robert J. Gibson, Jr.

August 24, 2011

**VIA CERTIFIED MAIL AND
RETURN RECEIPT REQUESTED**

Alliant Lawsuit
c/o Gilardi & Co. LLC
P.O. Box 8090
San Rafael, CA 94912-8090

Re: *Patrick Grannan v. Alliant Law Group, PC / Alliant Settlement*
U.S. District Court for the Northern District of California
Case No. CV 10-02803 HRL

Dear Claims Administrator:

I am counsel for Koch Chemical Technology Group, LLC and represent the interests of John Zink Company ("John Zink") in connection with the above-referenced class action settlement.

We are in receipt of the notice of a proposed class action settlement for the above-referenced matter. To the extent John Zink may qualify as a member of the settlement class, the purpose of this letter is to notify you that John Zink does not wish to participate in the settlement. Therefore, this letter is John Zink's formal written request to exclude (opt out) of the settlement. According to the notice requirements, self-exclusion requests are to be received by your office on or before September 26, 2011. Should you have any questions, please contact the undersigned.

Very truly yours,

Robert J. Gibson, Jr.
General Counsel