**\*\* E-filed January 24, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK GRANNAN, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br> v.<br>ALLIANT LAW GROUP, P.C.,<br><br>    Defendant. | No. C10-02803 HRL<br><br>**ORDER OF DISMISSAL** |

The parties in the above-captioned class action have entered into a Stipulation of Settlement and Release ("Settlement Agreement"). This court approved the Settlement Class and Settlement Agreement in its January 24 Order. Dkt. No. 56. In addition, the parties filed a Stipulated Injunction. Dkt. No. 57.

This court shall retain jurisdiction over this action for the purpose of enforcing the Settlement Agreement. Pursuant to Section 9.6 of the Settlement Agreement, if any check issued for a claim made in this action is not cashed for the 180 day period following the date it was issued, Class Counsel may by ex parte application request that this court order those funds distributed to a charity as a cy pres award.

This action is hereby dismissed with prejudice. The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: January 24, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-02803 HRL Notice will be electronically mailed to:**

Douglas James Campion doug@djcampion.com
Bryce Douglas McCloud bdm@wsblaw.net

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**