**\*\* E-filed February 17, 2012 \*\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GRANNAN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　Plaintiffs,<br><br>vs.<br><br>ALLIANT LAW GROUP, P.C.,<br><br>　　Defendant. | CASE NO. CV 10 – 02803 HRL<br><u>CLASS ACTION</u><br><br>**CORRECTION OF**<br>**ORDER GRANTING MOTION FOR FINAL APPROVAL OF SETTLEMENT AND GRANTING MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>HON. HOWARD R. LLOYD<br>Courtroom:　　2 |

On January 24, 2012 this Court entered an Order entitled "Order Granting Motion for Final Approval and for Attorney's Fees and Costs", Docket No. 56. The motion sought certain costs of $14,316.50 as set forth on p. 14, line 14 and p. 15, line 24. Thus, page 16, line 12 of the Conclusion to that Order is hereby corrected as follows: The number "$143,316.50" should read "$14,316.50".

IT IS SO ORDERED.

Dated: February 17, 2012

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE